IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K2 TRADING VENTURES LLC, ET AL., Plaintiff, | ) | |
| v. | ) | NO. 04-1419T<br>Judge Mary Ellen Coster Williams |
| THE UNITED STATES, Defendant. | ) | |

**BDO SEIDMAN, LLP's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION REGARDING USE OF PROTECTED DOCUMENTS AT TRIAL**

This Unopposed Motion for Enlargement of Time to File Motion Regarding Use of Protected Documents at Trial is hereby made by BDO Seidman, LLP ("BDO") pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims. In support of the Motion, counsel for BDO states as follows:

1. On March 16, 2006, the Court entered a Protective Order with respect to certain documents that were produced by BDO to counsel for the United States pursuant to a subpoena.

2. On August 22, 2006, pursuant to paragraph 30 of the Protective Order, counsel for the United States provided to BDO a copy of its exhibit list for trial which included Protected Documents (as defined in the Protective Order).

3. Pursuant to paragraph 30 of the Protective Order, BDO may seek to continue to protect such documents at trial under the Protective Order. If counsel for

BDO and counsel for the United States are unable to resolve the issues raised by the use of Protected Documents at trial by agreement, either may submit the matter to the Court for resolution. Such motion must be submitted within ten (10) days of the date BDO received written notification that a Protected Document may be used at trial. Under Rule 6(a), the date such motion must be filed is September 6, 2006.

4. On August 31, 2006, counsel for BDO spoke with counsel for the United States by telephone to discuss the use of Protected Documents at trial. Counsel for BDO believes that the issues raised by the use of Protected Documents at trial in this matter will be able to be resolved without the intervention of the Court. Counsel for BDO also believes that additional time would be useful in potentially resolving these issues.

5. Accordingly, as a protective measure, counsel for BDO requests that the Court enlarge the time for BDO to file a motion regarding the use of Protected Documents at trial in this matter by an additional 14 days to and including September 20, 2006 pursuant to Rule 6.1.

6. Counsel for the United States and counsel for Plaintiff have stated that they do not object to the granting of this Motion.

WHEREFORE, for the foregoing reasons, BDO's Unopposed Motion for Enlargement of Time to File Motion Regarding Use of Protected Documents at Trial should be granted.

Respectfully submitted,

s/Ellis L. Reemer
Ellis L. Reemer
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4980
Facsimile: 212-335-4501

s/Diana L. Erbsen
Diana L. Erbsen
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4956
Facsimile: 212-335-4501

Date: August 31, 2006

*Attorneys for BDO Seidman, LLP*

CERTIFICATE OF SERVICE

I certify that service of the foregoing Unopposed Motion for Enlargement of Time to File Motion Regarding Use of Protected Documents at Trial has, this 31st day of August 2006, been made on counsel for Plaintiff and Defendant by mailing a copy in a postage prepaid envelope to the following addresses:

Mark D. Allison, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Counsel for Plaintiff

Michael S. Raum, Esq.
U.S. Department of Justice
Tax Division, Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Counsel for Defendant

s/Vanessa Torres