IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**JOINT CERTIFICATION OF MEETING OF COUNSEL**

Pursuant to paragraph 13(d) of RCFC Appendix A, the parties submit this joint certification. Counsel for the parties met on August 23, 2006. Prior to the meeting, counsel exchanged lists of all exhibits to be used at trial for case-in-chief or rebuttal purposes, in addition to copies of the exhibits, and lists of names and addresses of fact and expert witnesses who may be called at trial for case-in-chief or rebuttal purposes. During the meeting, counsel conferred regarding the use of prior testimony from the *Jade Trading* trial and agreed upon joint exhibits. In sum, counsel accomplished all applicable matters in paragraph 13(d) of RCFC Appendix A.

Respectfully submitted,

s/Mark D. Allison
MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6301

COUNSEL FOR PLAINTIFFS

s/Michael S. Raum
MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney

s/David Gustafson
Of Counsel

COUNSEL FOR DEFENDANT

September 1, 2006