ORIGINAL

FILED
SEP 1 2006
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**JOINT CERTIFICATION OF MEETING OF COUNSEL**

Pursuant to paragraph 13(d) of RCFC Appendix A, the parties submit this joint certification. Counsel for the parties met on August 23, 2006. Prior to the meeting, counsel exchanged lists of all exhibits to be used at trial for case-in-chief or rebuttal purposes, in addition to copies of the exhibits, and lists of names and addresses of fact and expert witnesses who may be called at trial for case-in-chief or rebuttal purposes. During the meeting, counsel conferred regarding the use of prior testimony from the *Jade Trading* trial and agreed upon joint exhibits. In sum, counsel accomplished all applicable matters in paragraph 13(d) of RCFC Appendix A.

Respectfully submitted,

MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6301

COUNSEL FOR PLAINTIFFS

MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney

Of Counsel

COUNSEL FOR DEFENDANT

August 31, 2006

## CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 1 day of September, 2006, been made on plaintiffs by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Mark D. Allison, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

U. S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044
202-307-6440

Docket No. 04-1419 T

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Williams
FROM: CLERK'S OFFICE

The attached was received on ~~08/31/2006~~ 9/1/06
and the following defect(s) is/are noted:

1. Untimely, due to be filed by ______________ [Rule 7.2]

2. Proof of service: [Rule 5.1]
   is missing; is not signed and/or dated;
   shows service on wrong attorney or of wrong item;
   is not attached to each document or copy

3. Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. Does not comply with the provisions of Rule:

| | |
|---|---|
| 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| 5.2(b) | Re: length of briefs or memorandum |
| 5.3(c) | Re: binding |
| 5.3(d) | Re: original/copies missing |
| 5.3(g) | Re: Judge's name on all filings |
| 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| 24(c) | Re: motion to be accompanied by a pleading |
| 52.1(b) | Re: statement of facts and/or counter-statement of facts is missing |
| 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| 77.1(a) | Re: improper use of the night box |
| 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ______ | Re: ______________________________ |

5. Original affidavit(s)/declaration(s) is/are missing
6. No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an ***ECF*** case.
8. Message was left with both plaintiff and defendant's counsel.

H. Wymbs - 6429
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

__ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

__ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

__ Returned to party for correction of defect(s).

__ Returned to party.

Mary Ellen Will
Signature

9. 1. 06
Date