IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**STIPULATION**

Pursuant to paragraph 17 of RCFC Appendix A, the parties stipulate as follows.

1. Solely for purposes of determining whether the provisions of Internal Revenue Code § 7491 are applicable in this proceeding, the United States will not dispute that K2 Trading Ventures has satisfied the requirements of Code § 7491(a)(2)(A) and (B). Therefore, for purposes of this case, the Court may assume that the requirements of Code § 7491(a)(2)(A) and (B) are satisfied.

2. The United States will not assert in this proceeding that K2 Trading Ventures' 2000 and 2001 Forms 1065, U.S. Partnership Returns of Income, contain any discrete computational or other errors other than those substantively challenged in this litigation, and the only adjustments sought by the United States result from resolution of the substantive issues in the case.

3. Nothing in the foregoing shall be construed as an agreement or concession—

a. That K2 Trading Ventures has satisfied the requirements of Code § 7491(a)(1);

b. That the United States warrants the validity of any deduction, item of income, or other item on the returns, as opposed merely to not challenging them; or

c. That the United States has conceded, waived, or otherwise limited any substantive issue raised in its Pretrial Memorandum.

4. Pursuant to the foregoing, plaintiffs will remove Robert Delia from their Witness List and will not call him as a witness, and will remove Exhibits 350-58 from their Exhibit List.[1]

Respectfully submitted,

COUNSEL FOR PLAINTIFFS

s/Mark D. Allison
MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6301

COUNSEL FOR DEFENDANT

s/Michael S. Raum
MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney

s/David Gustafson
Of Counsel

[1] These numbers refer to the Exhibit List filed on August 28, 2006.