IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ORDER AUTHORIZING SERVICE OF
SUBPOENAS BEYOND GEOGRAPHICAL LIMIT
SET FORTH IN RULE 45(b)(2)

Pursuant to RCFC 45(b)(2), defendant, the United States, moves this Court for authorization to serve subpoenas commanding each of the following people to attend and to give testimony at the trial in this case in November:

**Charles Bee**
c/o Holland & Knight LLP
701 Brickell Ave., Ste. 3000
Miami, FL 33131

**R. Richard Brown**
c/o DLA Piper Rudnick Gray Cary
1251 Avenue of the Americas, 29th Floor
New York, NY 10020

**Ari Bergmann**
c/o Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

**Lawrence Cohen**
c/o Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Smita Conjeevaram**
c/o Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

**Srini Conjeevaram**
c/o Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

**Gary Davis**
c/o Dechert LLP
30 Rockefeller Plaza
New York, NY 10112

**Bob LaVallee**
HUB International Midwest
245 Central Avenue
P.O. Box 1319
Holland, MI 49422

**Abraham Pfeiffer**
c/o Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

**Michael Powlen**
c/o Chamberlain, Hrdlicka, White, Williams
& Martin
191 Peachtree Street, NE, 9th Floor
Atlanta, GA 30303

**Udai Puramsetti**
c/o Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

**David Untracht**
Untracht Early & Associates, LLC
325 Columbia Turnpike
Florham Park, NJ 07932

**Greg Van Boxel**
c/o Rhoades McKee PC
161 Ottawa NW, Suite 600
Grand Rapids, MI 49503

**Lori Van Boxel**
c/o Rhoades McKee PC
161 Ottawa NW, Suite 600
Grand Rapids, MI 49503

In support of this motion, defendant states that each of these individuals resides more than 100 miles from the designated location for trial – Washington, DC. Furthermore, each of these witnesses has knowledge of facts pertinent to the issues to be resolved at the trial. Their testimony is necessary for the presentation of defendant's case, and will assist the Court in developing a full understanding of the facts.

WHEREFORE, defendant respectfully requests that the Court issue an order authorizing the issuance and service of subpoenas upon the listed individuals.

Respectfully submitted,

s/Michael S. Raum
MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney

s/David Gustafson
Of Counsel

September 11, 2006