# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed September 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR AUTHORIZATION OF SERVICE OF SUBPOENAS BEYOND GEOGRAPHICAL LIMIT SET FORTH IN RCFC 45(b)(2)**

---

On September 11, 2006, Defendant filed its motion for authorization of service of subpoenas beyond geographical limit set forth in RCFC 45(b)(2). Defendant seeks authorization to issue subpoenas to Charles Bee, Ari Bergmann, R. Richard Brown, Lawrence Cohen, Smita Conjeevaram, Srini Conjeevaram, Gary Davis, Bob LaVallee, Abraham Pfeiffer, Michael Powlen, Udai Puramsetti, David Untracht, Greg Van Boxel and Lori Van Boxel, to travel more than 100 miles to testify at the trial in Washington D.C. in this matter. Good cause having been shown, Defendant's motion for authorization of service of the subpoenas is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**