IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K2 TRADING VENTURES LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF SUBPOENAS BEYOND GEOGRAPHICAL LIMIT SET FORTH IN RULE 45(b)(2)**

Pursuant to RCFC 45(b)(2), Plaintiff moves this Court for authorization to serve subpoenas commanding each of the following people to attend and to give testimony at the trial in this case in November:

**Ari Bergmann**
Penso Capital Markets, LLC
68 Carman Avenue
Cedarhurst, NY 11516

**Srini Conjeevaram**
70 Hereford Road
Bronxville. NY 10708

**Nassim Taleb**
72 Villa Road
Larchmont, NY 10538

**Sheldon Pang**
Royal Bank of Scotland
1 East Weaver Street
Greenwich, CT 06831

**Michael S. Powlen**
5 Woodleaf Avenue
Redwood City, CA 94061

**Smita Conjeevaram**
70 Hereford Road
Bronxville. NY 10708

**Gary Davis**
45 Pecksland Road
Greenwich, CT 06831

**Jeremy Larit**
39 Grand Street, Apt. 3304
Mamaroneck, NY 10543

**Abraham J. Pfeiffer**
Penso Capital Markets, LLC
68 Carman Avenue
Cedarhurst, NY 11516

**Udai K. Puramsetti**
1723 Addison Street
Philadelphia, PA 19146

**Ann Reed**
15 Libby Lane
Darien, CT 06820

**David Untracht**
Untracht Early & Associates, LLC
325 Columbia Turnpike
Florham Park, NJ 07932

In support of this motion, Plaintiff states that each of these individuals resides more than 100 miles from the designated location for trial — Washington, D.C. Furthermore, each of these witnesses has knowledge of facts pertinent to the issues to be resolved at trial. Their testimony is necessary for the presentation of Plaintiff's case and will assist the Court in developing a full understanding of the facts.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order authorizing the issuance and service of subpoenas on the listed individuals.

Respectfully submitted,

s/ Mark D. Allison

MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-259-6866
Facsimile: 212-259-6333

Felix B. Laughlin, Esq.
John F. Collins, Esq.

COUNSEL FOR PLAINTIFF

Dated: September 15, 2006