# In the United States Court of Federal Claims

**No. 04-1419T**
**(Filed September 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING BDO SEIDMAN'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On August 31, 2006, BDO Seidman filed an unopposed motion for enlargement of time of 14 days, to and including **September 20, 2006**, to file a motion regarding the use of protected documents at trial pursuant to RCFC 6.1. Counsel for the United States and counsel for Plaintiffs do not object to the granting of this motion. Good cause having been shown, the motion for enlargement of time is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**