IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K2 TRADING VENTURES LLC, NEW VISTA, LLC, TAX MATTERS PARTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO AMEND ITS TRIAL WITNESS LIST**

Plaintiff moves this Court for authorization to amend its trial witness list to include the following individuals:

**Richard C. Andresen**
1 Peninsula Drive
Bay Harbor, MI 49770

**David C. Bliss**
501 Ruddiman Drive
N. Muskegon, MI 49445

**Alan L. Fansler**
20 Bear Lake Rd.
N. Muskegon, MI 49445

**Keith A. Harrold**
6753 Blythefield
Rockford, MI 49341

**Allen I. Hunting, Sr.**
12012 East End
North Palm Beach, FL 33408

**Wayne E. McCollum**
100 N. Bear Lake Road
N. Muskegon, MI 49445

**James M. Sheridan**
335 Mid Oak Drive
N. Muskegon, MI 49445

**Gregory A. Van Boxel**
6130 West 56th Street
Freemont, MI 49412

**Bob LaValle**
HUB International Midwest
245 Central Avenue
P.O. Box 1319
Holland, MI 49422

**Lori Van Boxel**
6130 West 56th Street
Fremont, MI 49412

In support of this motion, Plaintiff states as follows:

1. Defendant has included on its witness and exhibit lists certain evidence that Defendant will argue demonstrates a pattern of behavior by Plaintiff and the investors in K2 Trading Ventures, LLC with regard to other unrelated transactions which Defendant believes is relevant to the issues and transactions before the Court in this case.

2. Plaintiff disputes Defendant's assertions and on September 8, 2006, filed its Motion in Limine to Exclude Testimony and Evidence which is not Relevant or is Prejudicial and a Waste of Time concerning such proposed "pattern" evidence.

3. Should Plaintiff's Motion in Limine be denied, the testimony of each of the above witnesses will be necessary for a full presentation of the issues raised by the proposed testimony and evidence which is the subject of the Motion In Limine.

4. Defendant has included on its witness list Greg and Lori Van Boxel, along with their advisor, Bob LaValle. The Van Boxels are plaintiffs in a lawsuit in Michigan state court that was filed against, among others, New Vista, LLC, Ari Bergmann and Smita Conjeevaram, three of the parties in this case. The other witnesses above are also plaintiffs in the same Michigan lawsuit and have knowledge of facts pertinent to the unrelated transactions which are the subject of the proposed testimony and "pattern" evidence that Defendant seeks to elicit and which will assist the Court in developing a full understanding of those facts.

5. Defendant is not prejudiced by this motion to amend Plaintiff's witness list as Defendant has been aware of these witnesses since early in discovery and all of whom were identified by Plaintiff as potential witnesses in discovery. Indeed, Defendant

has discussed this case with at least few of these witnesses (including specifically the Van Boxels and Mr. LaValle). Moreover, Plaintiff is filing this motion more than six weeks prior to trial, and only after learning of new evidence with respect to these witnesses and their credibility subsequent both to the filing of Plaintiff's original witness list and receiving Defendant's witness and exhibit lists which included the purported pattern evidence.

6. Plaintiff has been informed that Defendant is considering filing an opposition to this motion.

WHEREFORE, plaintiff respectfully requests that the Court issue an order permitting it to amend its trial witness list.

Respectfully submitted,

s/ Mark D. Allison

MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212-259-6866
Facsimile: 212-259-6333

Felix B. Laughlin, Esq.
John F. Collins, Esq.

COUNSEL FOR PLAINTIFF

Dated: September 20, 2006