# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed October 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF SERVICE OF SUBPOENAS BEYOND GEOGRAPHICAL LIMIT SET FORTH IN RCFC 45(b)(2)**

---

On September 15, 2006, Plaintiff filed its motion for authorization of service of subpoenas beyond geographical limit set forth in RCFC 45(b)(2). Plaintiff seeks authorization to issue subpoenas to Ari Bergmann, Smita Conjeevaram, Srini Conjeevaram, Gary Davis, Abraham Pfeiffer, Michael Powlen, Udai Puramsetti, David Untracht, Nassim Taleb, Jeremy Larit, Sheldon Pang, and Ann Reed, to travel more than 100 miles to testify at the trial in Washington, D.C. in this matter. Good cause having been shown, Plaintiff's motion for authorization of service of the subpoenas is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**