**U.S. Department of Justice**

**Tax Division**

*Please reply to:* Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

*Facsimile No.* (202) 514-6770
*Trial Attorney:* Michael S. Raum
*Attorney's Direct Line:* (202) 353-3922
*Attorney's e-mail:* michael.s.raum@usdoj.gov

EJO'C:DDG:MSRaum
154-2182
CMN 2004107252

APR 12 2006

**VIA FedEx**
Mark D. Allison, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Re: *K2 Trading Ventures, LLC, et al v. United States*
Fed. Cl. No. 04-1419T

Dear Mr. Allison:

Enclosed are various documents we recently received from Greg and Lori Van Boxel, former clients of Sentinel's. I have not yet had these documents BATES-stamped; once I do, I will provide you with copies. The numbered BDO documents were evidently provided to the Van Boxels by BDO; they were certainly not provided by the United States. I note as well that we also received from the Van Boxels other documents reflecting their transaction, which I have not enclosed because they are included in the other documents already identified. I am designating these documents as potential exhibits under Rule 26(a). I am also designating Robert LaVallee, the Van Boxels' former business manager, as a possible witness under Rule 26. The Van Boxels are represented by Mark Pendry of Rhodes McKee in Grand Rapids; he may be reached at (616) 235-3500. You may also contact Mr. LaVallee through Mr. Pendry. Should you choose to conduct them, I will not object to depositions of the Van Boxels or Mr. LaVallee as being out of time.

I note that I anticipate the possibility of receiving other documents through informal discovery. If I do, I will provide them to you promptly.

As always, please feel free to contact me to discuss these or any other matters in the case.

Sincerely yours,

MICHAEL S. RAUM
Trial Attorney
Civil Trial Section, Central Region

encl: as stated

cc (w/encl): Stuart Bassin, Senior Litigation Counsel
Jennifer Wilson, Trial Attorney

Mark Pendry
161 Ottowa NW, Suite 600
Grand Rapids, MI 49503