**K2 Trading Ventures, LLC v. United States**
**Nos. 04-1419T, 05-1067T**
**Plaintiff's Exhibit List**

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P1 | 12/31/1998 | ABRT Trust Agreement | |
| P2 | 8/16/1999 | AIG Mark to Market Statement for ABRT | |
| P3 | 8/16/1999 | AIG Mark to Market Statement for ABRT | |
| P4 | 7/25/2000 | AIG FX Open Trade Reval for ABRT | |
| P5 | 7/26/2000 | AIG Mark to Market Statement for ABRT | |
| P6 | 11/4/1999 | AIG FX Option Confirm for ABRT - Bought Euros | |
| P7 | 11/4/1999 | AIG FX Option Confirm for ABRT - Sold Euros | |
| P8 | 1/4/2000 | AIG FX Option Confirm for ABRT - Bought Euros | |
| P9 | 1/4/2000 | AIG FX Option Confirm for ABRT - Sold Euros | |
| P10 | 1/13/2000 | AIG FX Option Confirm for ABRT - Bought Euros | |
| P11 | 1/13/2000 | AIG FX Option Confirm for ABRT - Sold Euros | |
| P12 | 1/2/2001 | AIG FX Spot Realized for ABRT | |
| P13 | 8/18/2000 | AIG FX Book by CCY Pair and Value Date | |
| P14 | 5/2/2002 | AIG FX Book by CCY Pair and Value Date | |
| P15 | 12/12/2001 | AIG DKK Swap Transaction Confirm for ABRT | |
| P16 | 12/12/2001 | AIG Euro Swap Transaction Confirm for ABRT | |
| P17 | 12/12/2001 | AIG DKK Binary Compound Option Transaction Confirm for ABRT | |
| P18 | 12/12/2001 | AIG Euro Binary Compound Option Transaction Confirm for ABRT | |
| P19 | 12/27/2001 | AIG Initial Settlement Confirm for ABRT | |
| P20 | 12/27/2001 | AIG Euro Swap Transaction Confirm for ABRT | |
| P21 | 12/27/2001 | AIG DKK Swap Transaction Confirm for ABRT | |
| P22 | 12/27/2001 | AIG DKK Binary Compound Option Transaction Confirm for ABRT | |
| P23 | 12/27/2001 | AIG Euro Binary Compound Option Transaction Confirm for ABRT | |
| P24 | 12/28/2001 | AIG Initial Settlement Confirm for ABRT | |
| P25 | 2/6/2002 | AIG Vanilla Currency Option Confirm for ABRT | |
| P26 | 7/8/1999 | Trade Blotter for ABRT | |
| P27 | 11/4/1999 | Trade Blotter for ABRT | |
| P28 | 1/13/2000 | Trade Blotter for ABRT | |
| P29 | None | Binary 1 Option Profit/Loss Spreadsheet for ABRT | |
| P30 | None | Binary 2 Option Profit/Loss Spreadsheet for ABRT | |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P31 | 10/19/2003 | Form 1041 (2002 tax year) for ABRT | |
| P32 | 10/1/2004 | Form 1041 (2003 tax year) for ABRT | |
| P33 | 12/23/1999 | ABFT Trust Agreement | |
| P34 | 7/26/2000 | AIG Mark to Market Statement for ABFT | |
| P35 | 7/25/2000 | AIG FX Open Trade Reval for ABFT | |
| P36 | N/A | Form 1041 (2002 tax year) for ABFT | |
| P37 | N/A | Form 1041 (2003 tax year) for ABFT | |
| P38 | N/A | Margin Cash Account Interest Statement for Ari Bergmann Entities From 6/1/00 - 8/31/00 | |
| P39 | 12/21/1999 | A.B.I.B. Limited Partnership Agreement | |
| P40 | 7/25/2000 | AIG FX Open Trade Reval for A.B.I.B. | |
| P41 | 7/26/2000 | AIG Mark to Market for A.B.I.B. | |
| P42 | 12/16/2003 | AIG Non-Deliverable Currency Option Confirm for A.B.I.B. | |
| P43 | N/A | Form 1065 (2002 tax year) for A.B.I.B. | |
| P44 | N/A | Form 1065 (2003 tax year) for A.B.I.B. | |
| P45 | N/A | Form 1040 (2002 tax year) for Ari and Iona Bergmann | |
| P46 | N/A | Form 1040 (2003 tax year) for Ari and Iona Bergmann | |
| P47 | 7/7/1999 | Woodleaf Trust Agreement | |
| P48 | 7/25/2000 | AIG FX Open Trade Reval for Woodleaf Trust | |
| P49 | 7/26/2000 | AIG Mark to Market Statement for Woodleaf Trust | |
| P50 | 11/12/1999 | AIG FX Option Confirm for Woodleaf Trust - Bought Euros | |
| P51 | 11/12/1999 | AIG FX Option Confirm for Woodleaf Trust - Sold Euros | |
| P52 | 11/29/1999 | AIG FX Option Confirm for Woodleaf Trust - Bought Euros | |
| P53 | N/A | Form 1041 (2002 tax year) for Woodleaf Trust | |
| P54 | N/A | Form 1041 (2003 tax year) for Woodleaf Trust | |
| P55 | N/A | Form 1041 (2004 tax year) for Woodleaf Trust | |
| P56 | N/A | Form 1040 (2002 tax year) for Michael and Alice Powlen | |
| P57 | N/A | Form 1040 (2003 tax year) for Michael and Alice Powlen | |
| P58 | N/A | Form 1040 (2004 tax year) for Michael and Alice Powlen | |
| P59 | 12/4/1998 | AJPRT Trust Agreement | |
| P60 | 7/25/2000 | AIG Mark to Market Statement for AJPRT | |
| P61 | 7/24/2000 | AIG FX Open Trade Reval for AJPRT | |
| P62 | 11/4/1999 | AIG FX Option Confirm for AJPRT - Bought Euros | |
| P63 | 11/4/1999 | AIG FX Option Confirm for AJPRT - Sold Euros | |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P64 | 1/13/2000 | AIG FX Option Confirm for AJPRT - Bought Euros | |
| P65 | 1/13/2000 | AIG FX Option Confirm for AJPRT - Sold Euros | |
| P66 | N/A | 2 by 1 Option Rlzd Ordinary Income for AJPRT | |
| P67 | 6/5/2002 | Non Deliverable Forward Transaction Confirmation for AJPRT | |
| P68 | 6/5/2002 | AIG FX Trade Confirm for AJPRT - Bought ARS | |
| P69 | 6/5/2002 | AIG FX Trade Confirm for AJPRT - Bought and Sold ARS | |
| P70 | 1/1/2003 | AIG Account Statements for AJPRT | |
| P71 | N/A | Form 1041 (2002 tax year) for AJPRT | |
| P72 | N/A | Form 1041 (2003 tax year) for AJPRT | |
| P73 | N/A | Form 1040 (2002 tax year) for Abraham J. and Rachelle Pfeiffer | |
| P74 | N/A | Form 1040 (2003 tax year) for Abraham J. and Rachelle Pfeiffer | |
| P75 | 8/31/1999 | SMCRT Trust Agreement | |
| P76 | 1/19/2000 | Amendment to Master Trading Agreement with SMCRT | AIG11 001325 |
| P77 | 7/25/2000 | AIG FX Open Trade Reval for SMCRT | |
| P78 | 7/25/2000 | AIG Mark to Market Statement for SMCRT | |
| P79 | 11/4/1999 | AIG FX Option Confirm for SMCRT - Bought Euros | |
| P80 | 11/4/1999 | AIG FX Option Confirm for SMCRT - Sold Euros | |
| P81 | 1/13/2000 | AIG FX Option Confirm for SMCRT - Bought Euros | |
| P82 | 1/13/2000 | AIG FX Option Confirm for SMCRT - Sold Euros | |
| P83 | N/A | Form 1041 (2002 tax year) for SMCRT | |
| P84 | N/A | Form 1041 (2003 tax year) for SMCRT | |
| P85 | 8/31/1999 | SRCRT Trust Agreement | |
| P86 | 7/24/2000 | AIG FX Open Trade Reval for SRCRT | |
| P87 | 7/25/2000 | AIG Mark to Market Statement for SRCRT | |
| P88 | N/A | Form 1041 (2002 tax year) for SRCRT | |
| P89 | N/A | Form 1041 (2003 tax year) for SRCRT | |
| P90 | N/A | Form 1040 (2002 tax year) for Smita and Srini Conjeevaram | |
| P91 | N/A | Form 1040 (2003 tax year) for Smita and Srini Conjeevaram | |
| P92 | 12/29/1999 | UKPRT Trust Agreement | |
| P93 | 7/28/2000 | AIG Mark to Market Statement for UKPRT | |
| P94 | 7/27/2000 | AIG Mark to Market Statement for UKPRT | |
| P95 | N/A | Form 1040 (2001 tax year) for Udai K. Puramsetti | |
| P96 | N/A | Form 1040 (2002 tax year) for Udai K. Puramsetti | |
| P97 | N/A | Form 1040 (2003 tax year) for Udai K. Puramsetti | |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P98 | N/A | Form 1041 (2001 tax year) for UKPRT | |
| P99 | N/A | Form 1041 (2002 tax year) for UKPRT | |
| P100 | N/A | Form 1041 (2003 tax year) for UKPRT | |
| P101 | 2/5/2000 | Sentinel Ventures, LLC: Amended and Restated Limited Liability Company Agreement | |
| P102 | 3/7/2000 | Mazal Trading, LLC: Amended and Restated Limited Liability Company Agreement | |
| P103 | None | Mazal Trading, LLC: Safra National Bank Application | |
| P104 | 10/11/2000 | Mazal Trading, LLC: Restricted Series A certificate for 291,666 shares of divineInterventures | |
| P105 | 2/5/2000 | Mazal Strategic Trading, LLC: Amended and Restated Limited Liability Company Agreement | |
| P106 | 3/31/2000 | Executed copy of Transfer Agreement for Ari Bergman Revocable Trust | |
| P107 | 2/5/2000 | Mazal Strategic Funds, LLC: Amended and Restated Limited Liability Company Agreement | |
| P108 | 2/5/2000 | Everest Strategies, LLC: Amended and Restated Limited Liability Company Agreement | |
| P109 | None | Everest Strategies, LLC: Salomon Smith Barney Corporate Account Application | |
| P110 | None | Everest Strategies, LLC: Safra National Bank Account Application | |
| P111 | 9/5/2000 | Stock Distribution from Everest Strategies, LLC | |
| P112 | None | North River Ventures, LLC Capital Contributions | |
| P113 | 3/11/2004 | Stock Certificates representing shares of Evoke Software Corporation Common Stock | |
| P114 | Oct. 2000 | CCV, LLC: Amended and Restated Limited Liability Company Agreement | |
| P115 | 11/28/2000 | Tamarack Ventures, LLC: Limited Liability Company Agreement | |
| P116 | 12/1/1996 | Form W-9 for K2 Trading Ventures, LLC | |
| P117 | 7/27/2000 | Assignment of Employer Identification Number for K2 Trading Ventures, LLC | |
| P118 | 7/21/2000 | Safra National Bank Limited Liability Company Banking Agreement for K2 Trading Ventures, LLC | |
| P119 | 7/21/2000 | Safra National Bank Application for K2 Trading Ventures, LLC | |
| P120 | 7/21/2000 | AIG Documentation Log I | AIGII 004297 |
| P121 | 7/21/2000 | AIG Documentation Log II | AIGII 004263 |
| P122 | N/A | AIG FX Open Trade Reval for K2 Trading Ventures, LLC (July 2000 through March 2001) | |
| P123 | N/A | Accounting Records for K2 Trading Ventures, LLC ( 8/21/00 - 9/26/01) | |
| P124 | None | Redemption Request by MCS for K2 Trading | |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P125 | 9/17/2001 | Confirmation of Withdrawal Request from Sentinel to MCS re: K2 Trading | |
| P126 | 10/1/2001 | Confirmation of Withdrawal Proceeds from Sentinel to MCS re: K2 Trading | |
| P127 | None | Pricewaterhouse Coopers Auditors Letter for ABRT | AIGII-SUPP 00065-67 |
| P128 | N/A | Pricewaterhouse Coopers Auditors Letter for AJPRT | AIGII-SUPP 00056-58 |
| P129 | N/A | Pricewaterhouse Coopers Auditors Letter for Woodleaf Trust | AIGII-SUPP 00112-114 |
| P130 | N/A | Pricewaterhouse Coopers Auditors Letter for K2 Trading Ventures, LLC | AIGII-SUPP 00085-87 |
| P131 | N/A | New Vista, LLC - Market Overview (May and June 2000, April and May 2001) | |
| P132 | 6/21/2000 | New Vista, LLC - Memorandum on EUR and GBP Trading Opportunities | |
| P133 | 1/28/2000 | Speech: The Coming Rise of the Euro by C. Fred Bergsten | |
| P134 | N/A | Bank of Finland Bulletin 2000 Vol. 74 No. 3 | |
| P135 | N/A | AIG Account Activity Summaries for K2 Trading Members | AIGII-K2 00345-353 |
| P136 | 3/23/2001 | Email from Paul Wiley to Sentinel Advisors re: K2 Trading termination fee | |
| P137 | 7/25/2000 | Email from Elisa Tulimieri to Ann Reed, et al. re: Master Trading Agreement with K2 Trading Ventures, LLC | AIGII 004298 |
| P138 | 3/28/2006 | Email from Olivier Strauch Sample of AIG Option Confirmation | AIGII-K2 00431 |
| P139 | 9/30/1999 | Email from Sheldon Pang regarding bank info for SRCRT and SMCRT | AIGII-SUPP 00370 |
| P140 | 5/13/1999 | Email from Michael Kerekes to Charles Bee, Adrian Dicker, Denis Field re: opinion standards | I BDO P 005942 |
| P141 | 11/2/2002 | Complinet Search Results | AIGII 009482-009547 |
| P142 | 4/2/1997 | AIG Compliance Manual | AIGII-K2 00433-00464 |
| P143 | 3/7/1995 | Chief Counsel Meeting Request Form re: Short Sales of Securities by Partnerships | IRS-CC-000190 |
| P144 | N/A | Helmer/Cram Memo (typed notes) | IRS-CC-00252 |
| P145 | N/A | Power Point Presentations for Penso Select Opportunities Fund (note: includes 4 versions) | |
| P146 | N/A | Power Point Presentations for Sentinel Symphony Offshore Fund, Ltd. (note: includes 6 versions) | |
| P147 | N/A | Power Point Presentations for Sentinel Symphony Select Fund, Ltd. (note: includes 4 versions) | |
| P148 | N/A | "Screen shots" of options trades | 2d Supp Rule 26 disclosure |
| P149 | N/A | CV for Dr. Nassim Taleb | To be prepared |
| P150 | N/A | List of Euro spot prices from 1/1/1999 through May 31, 2006 | To be prepared |
| P151 | N/A | List of GBP spot prices from 1/1/1999 through May 31, 2006 | To be prepared |
| P152 | N/A | Summary of Options Terms | To be prepared |
| P153 | N/A | Hull, Options, Futures and Other Derivatives (6th ed.) | To be prepared |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P154 | 9/15/1999 | Investment Advisory and Consulting Agreement (Andresen) | SHERIDAN 0000088-000101; SEN 05388-05395 |
| P155 | 9/30/1999 | Amended and Restated Investment Advisory and Consulting Agreement (Andresen) | Andresen 0737-0743; SEN 05336-05345 |
| P156 | 10/20/1999 | Sterling Trading Opportunities, LLC Subscription Agreement | Andresen 0705-0734; SEN 05422-05440 |
| P157 | Sep-99 | Sterling Trading Opportunities, LLC Offering Memorandum | Andresen 0747-0790; SEN 05302-05335 |
| P158 | 12/2/1999 | Request for Redemption re: Sterling Trading Opportunities, LLC (Andresen) | 001072-001073 R Andresen |
| P159 | 12/10/2000 | Redemption Letter re: Sterling Trading Opportunities, LLC (Andresen) | Andresen 0668 |
| P160 | 9/30/1999 | New Vista, LLC Market Overview | SHERIDAN 0000079-0000081 |
| P161 | 11/18/2005 | BDO Settlement Agreement (Andresen) | PL 00022 |
| P162 | 7/3/2003 | Letter from Christopher Edgar to Brian Blake (IRS) (Andresen) | Andresen 0356-0365 |
| P163 | 8/19/1999 | New Vista, LLC Consulting Agreement (David C. Bliss) | SHERIDAN 0000144-0000150 |
| P164 | 8/19/1999 | New Vista, LLC Consulting Agreement (Quality Futures) | SHERIDAN 0000422-429; SEN 01120-01127 |
| P165 | 9/27/1999 | FX Opportunities Trading, LLC Subscription Agreement | SHERIDAN 0001418-0001439; SEN 01130-01151 |
| P166 | Sep-99 | FX Opportunities Trading, LLC Offering Memorandum | NY #94327v1; SEN 01024-01060 |
| P167 | 12/2/1999 | Request for Redemption (David C. Bliss) | N/A |
| P168 | 12/2/1999 | Request for Redemption (Quality Futures) | N/A |
| P169 | 12/7/1999 | Redemption Letter re: FX Opportunities Trading, LLC (David C. Bliss) | N/A |
| P170 | 10/31/1999 | New Vista, LLC Market Overview (David C. Bliss) | SHERIDAN 0000133-000134 |
| P171 | 5/31/2000 | New Vista, LLC Market Overview (Quality Futures) | SHERIDAN 000405-000406 |
| P172 | 7/26/1999 | BDO Consulting Agreement (David C. Bliss) | N/A |
| P173 | 7/26/1999 | BDO Settlement Agreement (David C. Bliss) | PL 00027-00032 |
| P174 | 11/18/2005 | BDO Settlement Agreement (Quality Futures) | PL 0006-00010 |
| P175 | 11/18/2005 | Letter from James Sheridan to David Bliss | N/A |
| P176 | 7/29/1999 | Letter from Charlie Bee to David Bliss | N/A |
| P177 | 8/18/1999 | New Vista, LLC Consulting Agreement (Fansler) | SHERIDAN 0000273-000279; SEN 01180-01186 |
| P178 | 11/30/1999 | Request for Redemption re: FX Opportunities Trading, LLC (Fansler) | SHERIDAN 0000872-0000874 |
| P179 | 8/4/2000 | New Vista, LLC Market Overview | SHERIDAN 0000244-0000245 |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P180 | 11/18/2005 | BDO Settlement Agreement (Fansler) | PL 00033-00038 |
| P181 | 7/26/1999 | BDO Consulting Agreement (Fansler) | FAN0003-0008 |
| P182 | No Date | New Vista, LLC Consulting Agreement (Harrold) | HAR/KEN 01525; SEN 05290-05298 |
| P183 | 9/30/1999 | Silver Investments, LLC Subscription Agreement | SHERIDAN 0001696-0001725; SEN 05233-05262 |
| P184 | Sep-99 | Silver Investments, LLC Offering Memorandum | HAR/KEN 01620-01663; SEN 05199-05232 |
| P185 | 12/2/1999 | Request for Redemption re: Silver Investments, LLC (Harrold) | HAR/KEN 00502-00507 |
| P186 | 9/30/1999 | New Vista, LLC Market Overview | HAR/KEN 01592-01594 |
| P187 | 11/18/2005 | BDO Settlement Agreement (Harrold) | PL 00039-00045 |
| P188 | 10/4/1999 | New Vista, LLC Consulting Agreement (Hunting) | HUN 02269-02275; SEN 00042-00048 |
| P189 | 9/28/1999 | Agate Trading, LLC Subscription Agreement | HUN 02558-02582; SEN 00052-00076 |
| P190 | 9/23/1999 | Agate Trading, LLC Offering Memorandum | HUN 02618-02644 |
| P191 | 12/2/1999 | Request for Redemption re: Agate Trading, LLC (Hunting) | HUN 01639-01641 |
| P192 | 11/18/2005 | BDO Settlement Agreement (Hunting) | PL 00062-00066 |
| P193 | 2/17/2003 | Memorandum from David DiMuzio to Huntings | HUN 01290-01298 |
| P194 | 9/19/2002 | Memorandum from David DiMuzio to E.M. Spadorcia (IRS) (Hunting) | HUN 01056-01058 |
| P195 | 7/26/1999 | BDO Consulting Agreement (McCollum) | MCC 00252-00257 |
| P196 | Aug-99 | New Vista Consulting Agreement (McCollum) | MCC00376-00382 |
| P197 | 11/30/1999 | Request for Redemption re: FX Opportunities Trading, LLC (McCollum) | SHERIDAN 0001384-0001385 |
| P198 | 1/18/2000 | Redemption Letter re: FX Opportunities Trading, LLC (McCollum) | SHERIDAN 0001383 |
| P199 | 7/31/2000 | New Vista, LLC Market Overview | SHERIDAN 0000329-0000330 |
| P200 | 11/18/2005 | BDO Settlement Agreement (McCollum) | PL 0001-0005 |
| P201 | 8/10/1999 | New Vista, LLC Consulting Agreement (Sheridan) | SHERIDAN 0000494-0000500; SEN 01298-01304 |
| P202 | 11/24/1999 | Request for Redemption Letter (Sheridan) | SHERIDAN 0001103-0001104 |
| P203 | 12/10/1999 | Redemption Letter re: FX Opportunities, LLC (Sheridan) | SHERIDAN 0001102 |
| P204 | 1/5/2001 | New Vista, LLC Market Overview | SHERIDAN 0000507-000508 |
| P205 | 11/18/2005 | BDO Settlement Agreement (Sheridan) | PL 00011-00015 |
| P206 | N/A | New Vista, LLC Consulting Agreement (Van Boxel) | VAN 00223-00230; SEN 02177-02184 |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P207 | N/A | Mercury Trading Investments, LLC Subscription Agreement | VAN 00373-00403; SEN 02120-02150 |
| P208 | Sep-99 | Mercury Trading Investments, LLC Offering Memorandum | VAN 00404-00447; SEN 02082-02115 |
| P209 | 12/3/1999 | Request for Redemption re: Mercury Trading Investments, LLC (Van Boxel) | VAN 00167-00168 |
| P210 | 12/7/1999 | Redemption Letter re: Mercury Trading Investments, LLC (Van Boxel) | VAN 00938 |
| P211 | 12/17/1999 | Letter re: distribution proceeds from Mercury Trading Investments, LLC (Van Boxel) | SHERIDAN 0001657 |
| P212 | 1/5/2000 | New Vista, LLC Market Overview | VAN 00936, VAN 00934 |
| P213 | 11/18/2005 | BDO Settlement Agreement (Van Boxel) | PL 00016-00021 |
| P214 | 1/6/2000 | Legal Opinion from Curtis Mallet-Prevost Colt & Mosle LLP (Van Boxel) | CM032215-032227 |
| P215 | 1/6/2000 | Legal Opinion from Curtis Mallet-Prevost Colt & Mosle LLP (Van Boxel) | VAN 00196-00208 |
| P216 | 1/6/2000 | Penalty Opinion from Curtis Mallet-Prevost Colt & Mosle LLP (Van Boxel) | CM032228-032238 |
| P217 | 3/22/2002 | Memorandum Opinion from Curtis Mallet-Prevost Colt & Mosle LLP (Van Boxel) | CM020434-020557 |
| P218 | N/A | Narrative Summary of Interview (Van Boxel) | VAN 00367-00369 |
| P219 | 10/24/2001 | IRS Interview Notes | VAN 00363-00366 |
| P220 | 8/24/2006 | Deposition Transcript for Richard Andresen (Sheridan v. New Vista, LLC) | |
| P221 | 8/25/2006 | Deposition Transcript for David Bliss (Sheridan v. New Vista, LLC) | |
| P222 | 8/23/2006 | Deposition Transcript for Alan Fansler (Sheridan v. New Vista, LLC) | |
| P223 | 8/23/2006 | Deposition Transcript for Keith Harrold (Sheridan v. New Vista, LLC) | |
| P224 | 8/23/2006 | Deposition Transcript for Allen Hunting, Sr. (Sheridan v. New Vista, LLC) | |
| P225 | 8/25/2006 | Deposition Transcript for Wayne McCollum (Sheridan v. New Vista, LLC) | |
| P226 | 8/25/2006 | Deposition Transcript for James Sheridan (Sheridan v. New Vista, LLC) | |
| P227 | 8/24/2006 | Deposition Transcript for Greg Van Boxel (Sheridan v. New Vista, LLC) | |
| P228 | Various | Trading documents for JCG-1, LLC | |
| P229 | Various | Trading documents for JWG-1, LLC | |
| P230 | Various | Trading documents for V/N Investments, LLC | |
| P231 | Various | Trading documents for LIFD Investments, LLC | |
| P232 | Various | Trading documents for AJIT Investments, LLC | |
| P233 | Various | Trading documents for HAIT Investments, LLC | |
| P234 | Various | Trading documents for DGA, LLC | |
| P235 | Various | Trading documents for AJF-1, LLC | |
| P236 | Various | Trading documents for NMG-1, LLC | |
| P237 | Various | Trading documents for MPC-1, LLC | |
| P238 | Various | Trading documents for PLH-1, LLC | |

| Exhibit No. | Date | Description | Bates Number (or Other Identification) |
|---|---|---|---|
| P239 | Various | Trading documents for ASH, LLC | |
| P240 | 2/25/2002 | Letter from New Vista, LLC to AJIT Investments, LLC re: Consulting Agreement Term Extension | |
| P241 | 2/25/2002 | Letter from New Vista, LLC to HAIT Investments, LLC re: Consulting Agreement Term Extension | |
| P242 | 9/13/2005 | Trial Transcript of David DiMuzio (Jade Trading, LLC v. United States) | |