# DEWEY BALLANTINE LLP

1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6092
TEL 212 259-8000 FAX 212 259-6333

MARK D. ALLISON
212 259 6866
mallison@deweyballantine.com

April 27, 2006

BY FACSIMLE AND FEDERAL EXPRESS

Michael S. Raum, Esq.
U.S. Department of Justice, Tax Division
Civil Trial Section, Central Region
555 4th Street, N.W.
Washington, DC 20001

Re: *K2 Trading Ventures, LLC v. United States*, No. 04-1419T
Supplemental Rule 26 Disclosure

Dear Mr. Raum:

In recent supplemental Rule 26 disclosures on January 26, 2006 and April 12, 2006, Defendant has added as potential witnesses certain investors (and now a business manager to one such investor) who contributed spread options to partnerships that were managed by Sentinel Advisors, LLC. As we have stated previously, Plaintiff believes that testimony of, or documentation relating to, any such witnesses would be irrelevant to the issues present in the above-captioned matter and will strenuously object to any effort by Defendant to offer such evidence in this case.

Because Plaintiff does not know ultimately whether any of the investors identified by Defendant will in fact be called to testify and/or whether the Court will permit such testimony, as a protective basis Plaintiff hereby supplements its own Rule 26 disclosures to similarly include as potential witnesses all investors who contributed spread options to a partnership or limited liability company that was managed by Sentinel Advisors (or a related entity). Although we do not believe such persons would have any discoverable information that bears on this case, such persons may have information that pertains to the economics of spread options and/or the business purpose of such investments and their contributions to partnerships more generally.

Even though the language of this disclosure is different than the language contained in Defendant's supplemental disclosure on January 26, 2006, Plaintiff intends that the disclosure cover the same persons identified therein.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact me at 212/259-6866.

Very truly yours,

Mark D. Allison