IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |

**RESPONSE TO STATUS REPORT FILED BY THE UNITED STATES**

Plaintiff files this Response to Status Report Filed by the United States as a result of the defendant's filing of a purported "Status Report" earlier today and strongly objects to the inappropriate effort to prejudice this proceeding by interjecting information about other cases and transactions that have no bearing on this case. In this regard, plaintiff states as follows:

1. The Court, through its law clerk, contacted the parties' counsel by e-mail on October 3, 2006 in order to inquire about a possible rescheduling of the trial in this case scheduled to begin on November 7, 2006 (exactly four weeks from today).

2. Both parties responded that such a scheduling change would be inconvenient and pose problems for counsel and their witnesses.

3. For plaintiff, any change in the trial schedule will require plaintiff to incur substantial additional expenses to re-prepare counsel and its expert witness. Additionally, plaintiff (and defendant, for that matter) will need to recoordinate the availability of counsel and all witnesses, many of whom are committed to other matters (such as teaching or lecturing) and may preclude a trial in the near future.

4. Plaintiff also has reservations because a trial in this case was originally scheduled for June 5, 2006 and was postponed for five months because of scheduling issues last summer. Plaintiff and the other parties in this case are ready to proceed to trial at this point.

5. Defendant's suggestion that this case be postponed until the resolution of the Jade Trading case (including any appeals) was already raised and denied by this Court just last summer, and the effort to re-raise this issue now is simply inappropriate. Plaintiff absolutely opposes the defendant's continuing efforts to postpone this trial on the basis that the case somehow overlaps with Jade Trading -- the Court rejected the defendant's efforts to consolidate the two cases and the Court rejected the defendant's efforts to postpone the trial of this case. It is time for defendant to move on.

6. Further, defendant's suggestion that the trial of this case be postponed until June 2007 is unreasonable and unfair given that such a date would be a full year after the trial was scheduled to begin.

7. Plaintiff is ready to proceed to trial on November 7, 2006. If the Court believes that such date is not possible, plaintiff will of course discuss with the Court alternative trial dates.

8. Finally, plaintiff finds defendant's "Status Report" to be outrageous and an inappropriate effort to prejudice this Court's view of the present case by introducing other cases and facts that are not relevant to this proceeding and should not be the subject of any filings in this case. Such a blatant effort to influence this case with other cases (particularly those in which Sentinel was not involved and to which it has no connection)

is uncalled for and places into question defendant's real purpose for its purported "Status Report".

Respectfully submitted,

s/ Mark D. Allison

Mark D. Allison
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-6866
Facsimile: (212) 259-6333
E-mail: mallison@dbllp.com

Felix B. Laughlin, Esq.
John F. Collins, Esq.

COUNSEL FOR PLAINTIFF

Dated: October 10, 2006