IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

There are two related motions currently pending before the Court. First, plaintiffs have moved the Court for an order allowing it to amend their witness list (doc. # 69), and the United States has responded to this motion (doc. # 75). The United States has also moved the Court for an order excluding certain of plaintiffs' late-identified exhibits (doc. # 76). Plaintiffs filed a joint response to the United States' motion to exclude and reply in support of their motion to amend (doc. # 80). The United States now moves the Court for an order enlarging the time within which it must file a reply in support of its motion to amend until November 7, 2006.

In support of this motion, the United States notes that the issues presented by these related motions have changed somewhat in light of the Court's decision to postpone trial of the case for approximately six months. Additionally, because of these changes to the schedule, the parties are conferring to determine whether they can resolve the issues presented by these motions by agreement. Undersigned counsel has conferred with counsel for the plaintiffs about this topic and is authorized to state that plaintiffs do not oppose the relief sought in this motion.

Respectfully submitted,

s/Michael S. Raum
MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney

October 17, 2006

s/David Gustafson
Of Counsel