# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed October 17, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**K2 TRADING VENTURES, LLC, ET AL.,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On October 17, 2006, Defendant filed an unopposed motion for enlargement of time in which to file a reply in support of its motion to exclude new exhibits by the Plaintiffs. Defendant has requested until **November 7, 2006**, to file. Good cause having been shown, the motion is hereby, **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**