IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT MOTION FOR AN AMENDED SCHEDULING ORDER**

Pursuant to the Court's request during a telephonic status conference on October 12, 2006, the parties submit this joint motion for an amended scheduling order. The parties have agreed to the following schedule for additional pretrial proceedings and the commencement of trial:

- A hearing addressing plaintiffs' Motion *in Limine* to Exclude Testimony and Evidence Which Is Not Relevant or Is Prejudicial and a Waste of Time, plaintiffs' Motion to Amend their Witness List, and the Motion by the United States to Exclude Plaintiffs' New Exhibits will be held on **December 5, 2006, at 2:00 p.m.** The Court has already scheduled this hearing.

- A hearing addressing plaintiffs' Motion to Shift Burden of Proof to Defendant and the Motion *in Limine* by the United States to Exclude the Richard Starke Notes (to the extent these motions have not been previously decided by the Court) will be held on **January 12, 2007**.

- The parties will file their respective witness and exhibits lists (with amendments, if any, limited to those permitted or ordered by the Court), objections to exhibits, and a joint exhibit list, using the template provided by the Court, on or before **April 24, 2007**.

- The parties will prepare and file a joint trial schedule, using the template provided by the Court, by no later than **April 24, 2007**.

- The pretrial conference will be conducted on **May 1, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

- Trial will commence on **May 7, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

Respectfully submitted,

s/Mark D. Allison
MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6301

COUNSEL FOR PLAINTIFFS

s/Michael S. Raum
MICHAEL S. RAUM
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 353-3922

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STUART J. BASSIN
Senior Litigation Counsel
JENNIFER P. WILSON
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney

s/David Gustafson
Of Counsel

COUNSEL FOR DEFENDANT

October 31, 2006