# United States Court of Federal Claims

K2 Trading Ventures

vs

The United States

No. 04-1419T

**SUBPOENA**

**To:** BDO Seidman, LLP
c/o Ellis Reemer
DLA Piper Rudnick
1251 Avenue of the Americas
New York, New York
10020-1104

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY | COURTROOM

DATE AND TIME

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION | DATE AND TIME

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached notice

DLA Piper Rudnick, 1251 Avenue of the Americas, New York, New York 10020-1104 | July 19, 2005 9:00 a.m.

PLACE | DATE AND TIME

**NOTE:** It shall constitute compliance with this subpoena to mail the required information to defendant's counsel on or before the above-specified date.

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES | DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. RULE 30(b)(6).

Stuart J. Bassin Attorney for Defendant | June 21, 2005

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

STUART J. BASSIN, JUSTICE DEPT., TAX DIVISION, COURT OF FEDERAL CLAIMS SECTION, P. O. BOX 26, BEN FRANKLIN STATION, WASHINGTON, DC 20044, (202) 307-6418

Bassin - 7203

PENGAD-Bayonne, N. J. EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1419 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff

v.

THE UNITED STATES,

Defendant

**ATTACHMENT TO SUBPOENA DUCES TECUM TO BDO SEIDMAN, LLP**

Defendant, the United States, has on this date served on BDO Seidman, LLP, a *subpoena duces tecum* under RCFC 45. That subpoena states that BDO shall provide certain documents as identified herein.

**INSTRUCTIONS**

1. All documents are to be disclosed which are in your possession, custody, or control, or in the possession, custody or control of your attorneys, agents or other representatives of you or your attorneys.

2. If any requested document is withheld on the basis of privilege, defendant requests that the document and the reasons for the objection be identified with sufficient specificity to permit the objection to be addressed by the court. See RCFC 26(b)(5).

3. If, for any other reason, you cannot furnish the information as requested, you should respond to the extent possible and specify the reason for your inability to respond fully.

4. To the extent the documents requested below contain an individual taxpayer's social security number, financial account information, or the names of minor children, you may redact such information prior to proving such document to defendant.

5. To the extent that any documents called for below have been produced to the United States as part of the discovery process in Jade Trading, LLC v. United States, No. 03-2164 T (United States Court of Federal Claims), you do not need to reproduce them in response to these Requests. However, you must identify all such documents by BATES-number and specifically state to which Request(s) they are responsive.

**DEFINITIONS**

The following definitions shall apply to this *subpoena duces tecum* unless otherwise noted:

A. To "provide" means to serve a legible and complete copy of each responsive document to defendant's counsel at the address indicated on the certificate of service attached hereto.

B. "Document" means and includes all materials or data subject to production under RCFC 34(a) and all writings or recordings within the meaning of Fed. R. Evid. 1001. The term shall be broadly construed to include (but shall not be limited to) correspondence, electronic mail, notes, notations, contracts, brochures, agreements, deeds, leases, letters, memoranda, checks, bank statements, reports, analyses, projections, studies, records, corporate minutes, financial statements, financial records, accounting or audit workpapers (including permanent

workpapers), spreadsheets, transcripts, recordings, and all other types of written or documentary materials. It includes all originals, copies, and non-identical copies (whether by reason of handwritten notations thereon or otherwise), regardless of whether the information is stored on paper, in electronic form, or through any other medium.

C. The term "person" shall be construed to mean and include an individual, trust, estate, partnership, company, corporation, governmental body, or other entity.

D. The term "Plaintiffs" includes (a) K2 Trading Ventures, LLC; (b) New Vista, LLC; and (c) any corporate successor of any of these entities.

E. The term "Additional Participants" refers to the following entities (and any successor thereof):

1. A.B.I.B Family Partners, Ltd.;
2. Ari Bergmann Revocable Trust;
3. Abraham J. Pfeiffer Revocable Trust;
4. Ari Bergmann 1999 Family Trust;
5. Sentinel Advisors, LLC;
6. Smita Conjeevaram Revocable Trust;
7. Srini Conjeevaram Revocable Trust;
8. Udai K. Puramsetti 1999 Revocable Trust; and
9. Woodleaf Trust.

F. The term "Beneficial Participant" refers to any person entitled to control or receive any income or principal obtained by any of the Additional Participants, such as the beneficiaries or trustees of any of the trusts listed in paragraph E. If any "Beneficial Participant"

is itself a trust, then the term "Beneficial Participant" shall refer to any person entitled to control or receive any income or principal obtained by such Beneficial Participant.

G. The "Transactions" refers to the series of events described in paragraph 12 of the Complaint, a copy of which is attached for your reference.

H. The phrase "transactions substantially similar to the Transactions" shall include (a) any transaction in which an investor contemporaneously purchases and sells call options and subsequently contributes those options to a partnership, or (b) any transaction of the type described in Notice 2000-44.

**DOCUMENTS TO BE PRODUCED**

1. Please provide all documents establishing any and all legal or contractual relationships between BDO Seidman, LLP and any of the Plaintiffs, the Additional Participants, or the Beneficial Participants for the years 1999-present.

2. Please provide all documents exchanged, including correspondence, between BDO Seidman, LLP and any of the following: (a) the Plaintiffs, (b) the Additional Participants, or (c) the Beneficial Participants, for the years 1999-present relating to the Transactions.

3. Please provide all documents exchanged, including correspondence, between BDO Seidman, LLP and Sentinel Advisors, LLC, or its affiliates Shakti LLC or Shomrim LLC, for the years 1999-present.

4. Please provide all documents exchanged, including correspondence, between BDO Seidman, LLP and AIG International for the years 1999-2001 related to the Transactions or any transactions substantially similar to the Transactions.

5. Please provide all documents exchanged, including correspondence, between BDO Seidman, LLP and any law firm providing opinion letters to any person or entity identified on Schedule A for the years 1999-present related to the Transactions or any transactions substantially similar to the Transactions.

6. Please provide copies of all complaints and petitions, however denominated, filed in any court concerning transactions substantially similar to the Transactions in which BDO Seidman, LLP is a party or has been notified that it or its agents or employees may be called as witnesses. In the event you are aware of such a case but do not have in your possession, custody, or control a copy of the complaint or petition, please provide the name, docket number, and location of such case.

7. Please provide any document provided by any person or entity to BDO Seidman LLP, or by BDO Seidman LLP to any person or entity, describing any economic, legal, tax, or financial benefit which could be derived by engaging in transactions substantially similar to the Transactions.

8. Please provide all federal income tax returns (Forms 1040, 1041, 1065, and 1120, as well as Schedules K-1 and any attachments) prepared by BDO Seidman LLP for the periods 1999-2001 (regardless of when such return was prepared) for any person or entity reporting the tax consequences of any transaction similar to the Transactions. Responsive documents include, but are not limited to, any return for any person or entity identified on Schedule A hereto.

9. Please provide all documents which constituted portions of the BDO Seidman LLP Tax Sales Manual (or similar document) during the calendar years 1998-2001 (*see* pages 1BDOP019775-78).

10. Please provide all documents which BDO Seidman LLP provided to the Internal Revenue Service pursuant to any administrative summons in connection with its investigation of transactions substantially similar to the Transactions.

Respectfully submitted,

______________________

STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief
WILLIAM K. DREW
Reviewer
MICHAEL S. RAUM
Trial Attorney

______________________________________

Of Counsel

June ____, 2005

## CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 21 day of June 2005, been made on plaintiff by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Felix B. Laughlin, Esquire
Dewey, Ballantine LLP
1775 Pennsylvania Ave., N.W.
Washington, D.C. 20006

New Vista, LLC
68 Carman Avenue
Cedarhurst, New York 11516

[signature]

U. S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044
202-307-6440