**U.S. Department of Justice**

**Tax Division**

*Please reply to:* Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

Facsimile No. (202) 514-6770
Trial Attorney: Michael S. Raum
Attorney's Direct Line: (202) 353-3922
Attorney's e-mail: michael.s.raum@usdoj.gov

EJO'C:DDG:SJB:MSRaum
154-2182
CMN 2004107252

FEB 2 2006

**VIA FedEx**

Mark D. Allison, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092
fax 212/259-6333

Re: *K2 Trading Ventures, LLC, et al v. United States*
Fed. Cl. No. 04-1419T

Dear Mr. Allison:

I write to address three matters in the above-referenced case. First, I have enclosed a spreadsheet containing information related to other taxpayers' execution of the BDO/Sentinel transaction culled from various documents produced in this case and Jade Trading. All the information is referenced to a document by BATES number. With one exception, all of the BATES numbers reference documents produced by AIG or Sentinel, both of which you already have. The exception is that some of the Jade information relates to the administrative file in that case; that information, however, is also contained within AIG and SEN documents. We hope to fill in the bottom portion of this chart, related to losses realized, from the BDO production. We may use this document, or other charts generated from the information contained on it, as an exhibit in the K2 Trading trial.

Second, I wish to designate as possible exhibits the transcript and exhibits in Jade Trading associated with the testimony of Ann Reed and Sheldon Pang of AIG and Charles Bee, Denis Field, and David DiMuzio of BDO Seidman. This will allow us to have a complete record without calling these witnesses again. Please advise me if you object to this, need a copy of any portion of the Jade record, or wish to take depositions as a result.

FILE COPY

Raum

EXHIBIT C

Finally, I have considered your request to narrow document request 13, which seeks

> Complete records of all foreign currency trading undertaken by all Plaintiffs, Additional Participants, and Beneficial Participants, whether for each entity's own account or as the manager of another entity, for the period commencing January 1, 1999 and ending December 31, 2002, including but not limited to plain vanilla options, knockout options, reverse knockout options, digital options, and Spread Option Transactions.

My understanding is that your primary objection is to providing all trading records for Sentinel Advisors and New Vista, when either is acting on behalf of clients, which is included among the Additional Participants.

I will agree to modify the request so as to seek from Sentinel Advisors and New Vista, when either is acting on behalf of clients, only records of its "knockout options, reverse knockout options, digital options, and Spread Option Transactions." You need not provide any additional foreign currency records for Sentinel and New Vista, at least not with respect to this request. The other defined persons should still provide the complete information requested, as should Sentinel and New Vista with respect to their own accounts

Please advise me if this proposal is acceptable to you.. Thank you for your assistance in this matter. I look forward to hearing from you and receiving this information.

Sincerely yours,

Michael R

MICHAEL S. RAUM
Trial Attorney
Civil Trial Section, Central Region

cc: Stuart Bassin, Senior Litigation Counsel