**U.S. Department of Justice**

**Tax Division**

*Please reply to:* Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

*Facsimile No. (202) 514-6770*
*Trial Attorney: Michael S. Raum*
*Attorney's Direct Line: (202) 353-3922*
*Attorney's e-mail: michael.s.raum@usdoj.gov*

EJO'C:DDG:MSRaum
154-2182
CMN 2004107252

APR 12 2006

**VIA FedEx**
Mark D. Allison, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Re: *K2 Trading Ventures, LLC, et al v. United States*
Fed. Cl. No. 04-1419T

Dear Mr. Allison:

Enclosed are various documents we recently received from Greg and Lori Van Boxel, former clients of Sentinel's. I have not yet had these documents BATES-stamped; once I do, I will provide you with copies. The numbered BDO documents were evidently provided to the Van Boxels by BDO; they were certainly not provided by the United States. I note as well that we also received from the Van Boxels other documents reflecting their transaction, which I have not enclosed because they are included in the other documents already identified. I am designating these documents as potential exhibits under Rule 26(a). I am also designating Robert LaVallee, the Van Boxels' former business manager, as a possible witness under Rule 26. The Van Boxels are represented by Mark Pendry of Rhodes McKee in Grand Rapids; he may be reached at (616) 235-3500. You may also contact Mr. LaVallee through Mr. Pendry. Should you choose to conduct them, I will not object to depositions of the Van Boxels or Mr. LaVallee as being out of time.

I note that I anticipate the possibility of receiving other documents through informal discovery. If I do, I will provide them to you promptly.

PENGAD-Bayonne, N. J.
EXHIBIT
D

As always, please feel free to contact me to discuss these or any other matters in the case.

Sincerely yours,

MICHAEL S. RAUM
Trial Attorney
Civil Trial Section, Central Region

encl: as stated

cc (w/encl): Stuart Bassin, Senior Litigation Counsel
Jennifer Wilson, Trial Attorney

Mark Pendry
161 Ottowa NW, Suite 600
Grand Rapids, MI 49503