IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K2 TRADING VENTURES LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 04-1419T & 05-1067T<br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL**

New Vista, LLC ("Plaintiff"), the tax matters partner of K2 Trading Ventures, LLC ("K2 Trading"), submits this Response to Defendant's Motion for Continuance of Trial for the reasons set forth as follows:

1. This case is scheduled for trial to begin on May 7, 2007 in Washington, DC.

2. Defendant has sought on at least three different occasions to postpone this trial pending the decision of *Jade Trading, LLC v. United States*, 03-2164T. Each time the Court has rejected defendant's efforts to do so.

3. Now, only six weeks prior to trial, defendant seeks again to continue this trial, relying on the same reasons as in prior motions and arguments -- including defendant's motion to consolidate *Jade Trading* and *K2 Trading* cases on the basis of the cases' factual and legal similarities. All of these motions and arguments were rejected by the Court.

4. Plaintiff contends that there are no significant time or cost savings that could be achieved by a further continuance of this trial. The parties completed discovery in this

case one year ago; pretrial briefs were filed eight months ago; exhibit lists and objections thereto were exchanged six months ago; transcript designations for those witnesses not testifying live at trial were provided by defendant five months ago, and plaintiff just one week ago provided counter-designations to those transcripts; and briefs and oral arguments were completed on two sets of pre-trial motions three to four months ago.

5. Further, plaintiff has already incurred substantial costs in preparing for trial on three different occasions. This trial was originally scheduled for June 2006, but was postponed because defendant insisted, apart from its desire for an indefinite continuance pending the decision in *Jade Trading*, that it was not ready for trial at that point. The trial was then scheduled for trial in November 2006 (after the parties failed to find a date in August 2006 that accommodated defendant's counsel), but was postponed due to a conflict that arose with the Court. At that time, the Court inquired about new dates for the trial, and the Court settled on May 2007 after taking into account the maternity leave for one of defendant's counsel. Such trial date had no connection or relationship to any decision in *Jade Trading*, as defendant contends.

6. Moreover, there are realistically no benefits that could be achieved by a decision in *Jade Trading*. Assuming that the government were to prevail on the facts in *Jade Trading*, such outcome would have no effect on plaintiff's case because the evidence plaintiff will present is materially different than that presented in *Jade Trading*. Additionally, the plaintiff in *Jade Trading* may likely appeal any such decision. Likewise, if the plaintiff in *Jade Trading* were to prevail, it is a fair assumption that the government would appeal any such outcome and defendant would not be expected to simply concede the *K2 Trading* case as a result.

7. Also, defendant's concern that somehow the Court will not be able to distinguish the evidence presented in *Jade Trading* from that in *K2 Trading* is baseless for several reasons, including the fact that plaintiff intends to offer very different evidence and testimony in the trial of the *K2 Trading* case. Moreover, such an argument is inconsistent with defendant's prior motion to consolidate the *Jade Trading* and *K2 Trading* cases.

WHEREFORE, plaintiff respectfully requests that the Court deny defendant's Motion for Continuance of Trial.

Respectfully submitted,

s/ Mark D. Allison
MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-259-6866
Facsimile: 212-259-6301

FELIX B. LAUGHLIN
JOHN F. COLLINS

*Attorneys for New Vista LLC*

Dated: March 26, 2007