# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed March 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFFS' MOTION FOR AUTHORIZATION OF SERVICE OF SUBPOENAS BEYOND GEOGRAPHICAL LIMIT SET FORTH IN RCFC 45(b)(2)

On March 20, 2007, Plaintiffs filed a motion for authorization of service of subpoenas beyond the geographical limit set forth in RCFC 45(b)(2). Plaintiffs seek authorization to issue subpoenas to Bob LaVallee, Gregory Van Boxel, and Lori Van Boxel, to travel more than 100 miles to testify at the trial in Washington D.C. in this matter. Plaintiffs' motion for authorization of service of the subpoenas is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**