IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**STATUS REPORT**

At the telephone conference held March 27, 2007, the Court asked counsel for the United States about the status of other cases pending in the Court of Federal Claims that may be affected by the Court's decision in *Jade Trading v. United States*, Fed. Cl. No. 03-2164T. To supplement counsel's extemporaneous answer, we submit the following information about the seven similar cases in the Court of Federal Claims.

All these cases involve tax shelter transactions described in IRS Notice 2000-44, which the Government refers to as "Son of BOSS." That tax shelter was promoted by several different persons, but these seven cases involve "Son of BOSS" transactions designed and promoted by personnel of BDO Seidman LLP and Sentinel Advisors LLC:

*Jade Trading v. United States*, Fed. Cl. No. 03-2164T (Judge Williams);
*K2 Trading v. United States*, Fed. Cl. Nos. 04-1419 T, 05-1067 T (Judge Williams);
*Platinum Trading v. United States*, Fed. Cl. No. 05-545T (Chief Judge Damich);
*Tiger's Eye Trading v. United States*, Fed. Cl. No. 05-864T (Sr. Judge Smith);
*Evergreen Trading v. United States*, Fed. Cl. No. 06-123T (Judge Allegra);
*Arbitrage Trading v. United States*, Fed. Cl. No. 06-202T (Judge Hewitt); and
*Sequoia Trading v. United States*, Fed. Cl. No. 06-421T (Sr. Judge Merow).

As a result of their common origin, these seven cases have very substantial overlaps and commonalities, both legally and factually.[1] The status of each case is as follows:

***Jade Trading v. United States*, Fed. Cl. No. 03-2164T (Judge Williams)**

*Jade Trading* was tried in September 2005 and was argued in December 2005. The Court postponed issuance of its opinion pending the Federal Circuit's decision in *Coltec v. United States*. The Federal Circuit decided *Coltec* on July 12, 2006 (*see* 454 F.3d 1340), and in *Jade Trading* the parties' supplemental briefs addressing the application of *Coltec* were filed August 31, 2006. On March 8 and 23, 2007, the parties filed supplemental briefs addressing the

---

[1]BDO Seidman was involved--but, so far as we know, Sentinel was not--in promoting the "Son of BOSS" transaction in yet another case, *SLUSCA v. United States*, Fed. Cl. No. 05-982T (Judge Baskir), which has been suspended pending, *inter alia*, the Court's decision in *Jade Trading*. Fourteen other cases pending in the Court of Federal Claims involve "Son of BOSS" transactions that apparently do not arise from the BDO/Sentinel promotion: *AD Global v. United States*, Fed. Cl. No. 04-336T (Judge C. Miller); *J&J Fernandez v. United States*, Fed. Cl. Nos. 05-26T, 06-27T, 06-636T (Judge Baskir); *JZ Buckingham v. United States*, Fed. Cl. No. 05-231T (Chief Judge Damich); *Grapevine Imports v. United States*, Fed. Cl. No. 05-296T (Judge Allegra); *Schumacher Trading v. United States*, Fed. Cl. No. 05-380T (Judge Braden); *Prestop Holdings v. United States*, Fed. Cl. No. 05-576T (Judge Allegra); *Stobie Creek v. United States*, Fed. Cl. No. 05-748T (Judge Block); *Epsolon v. United States*, Fed. Cl. No. 05-999T (Judge Sweeney); *Clearmeadow v. United States*, Fed. Cl. No. 05-1223T (Judge Allegra); *Murphy Pork et al. v. United States*, Fed. Cl. Nos. 06-245T, 06-246T, 06-247T (Judge Horn); *Alpha et al. v. United States*, Fed. Cl. Nos. 06-407T, 06-408T, 06-409T, 06-410T, 06-411T (Judge Horn); *Leadbetter Family v. United States*, Fed. Cl. No. 06-492T (Sr. Judge Hodges); *Salman Ranch v. United States*, Fed. Cl. No. 06-503T (Judge C. Miller); *Becker Partners v. United States*, Fed. Cl. Nos. 06-504T, 06-505T (Sr. Judge Hodges). Also very similar is *Marriott International Resorts, Inc. v. United States*, Fed. Cl. Nos. 01-256T, 01-257T (Judge Lettow).

recent decision in *Klamath Trading v. United States*, Civ. No. 5:04-CV-278 (E.D. Tex. Jan. 31, 2007), and *Jade Trading* is ripe for decision. This Court's decision in *Jade Trading* will be important for this entire group of cases.[2]

***K2 Trading v. United States*, Fed. Cl. Nos. 04-1419 T, 05-1067T (Judge Williams)**

The trial in *K2 Trading* is currently scheduled to begin May 7, 2007, with post-trial briefing and argument scheduled for the following months. The United States has moved the Court to reschedule the *K2 Trading* trial to take place after the decision in *Jade Trading* and after the parties have an adequate opportunity to assess the impact of that *Jade* ruling on this case.

***Platinum Trading v. United States*, Fed. Cl. No. 05-545T (Chief Judge Damich)**

At the plaintiff's request (and with the defendant's concurrence), *Platinum Trading* has been suspended pending the decision in *Jade Trading*.

***Tiger's Eye Trading v. United States*, Fed. Cl. No. 05-864T (Sr. Judge Smith)**

On March 20, 2007, the Court granted defendant's motion to dismiss the complaint for jurisdictional reasons (*i.e.,* a related Tax Court proceeding has priority over this suit).

***Evergreen Trading v. United States*, Fed. Cl. No. 06-123T (Judge Allegra)**

Factual discovery is proceeding in *Evergreen Trading*, and defendant has recently moved the court to enlarge the discovery period until May 22, 2007.

---

[2]A so-called "basis-shifting" shelter is at issue in *H.J. Heinz Co. v. United States*, Fed. Cl. No. 03-2847T (Judge Allegra), which is fully briefed and awaiting decision as of August 31, 2006, when the last brief was filed. *Heinz* has an "economic substance" issue and a "step-transaction doctrine" issue, the decision of which may be helpful in cases involving other types of shelters, including "Son of BOSS", where those issues are also present.

***Arbitrage Trading v. United States*, Fed. Cl. No. 06-202T (Judge Hewitt)**

In *Arbitrage* both parties proposed staying the case because of the likelihood that the decision in *Jade Trading* would effectively resolve *Arbitrage,* and because of the unlikelihood that the *Arbitrage* case could be developed, tried, and decided before the Federal Circuit issued a ruling on an appeal in *Jade Trading*. The Court did not grant the requested stay, but has not set a deadline for the completion of factual discovery.

***Sequoia Trading v. United States*, Fed. Cl. No. 06-421T (Sr. Judge Merow)**

On October 18, 2006, the Court suspended *Sequoia Trading* pending a decision in *Jade Trading*.

Respectfully submitted,

*s/ Stuart J. Bassin*
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JENNIFER P. WILSON
Trial Attorney
JOSEPH B. SYVERSON
Trial Attorney

*s/ David Gustafson*
March 29, 2007 Of Counsel