# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed April 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

---

On March 22, 2007, Defendants filed with this Court a motion for continuance of trial until the Court issues its opinion in Jade Trading, LLC v. United States, No. 03-2164. The Court heard argument from both parties on this motion on April 5, 2007. Good cause having been shown, Defendant's motion is **GRANTED**. The Court finds that the interests of justice and judicial economy will be served by continuing the trial. The interests of the parties will also be served by giving them the benefit of the Court's opinion in Jade Trading, LLC, a case dealing with many of the same issues. A pretrial conference will be held on **September 28, 2007 at 9:30 a.m.** Trial is set to begin **October 15, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**