# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**(Filed October 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL**

---

On October 30, 2007, the Court held a telephonic status conference regarding trial scheduling. Defendant orally moved for continuance of trial. The motion was unopposed by Plaintiff.

Defendant's motion is **GRANTED**. The trial previously scheduled to begin on December 3, 2007, is cancelled and will be rescheduled for **February 19 - 29, 2008**, in Washington, DC.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**JUDGE**