# In the United States Court of Federal Claims

**No. 04-1419T**
**No. 05-1067T**
**No. 05-1068T**
**(Filed May 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**K2 TRADING VENTURES, LLC, ET AL.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On May 29, 2008, the Court held a telephonic conference regarding scheduling. In accordance with the representations made by the parties during the conference, the Court schedules the following:

1. **Joint Stipulation of Facts**. The parties shall file their Joint Stipulation of Facts, along with all exhibits referenced in the stipulation, by **August 15, 2008**. The exhibits shall be listed on the joint exhibit list template attached to this order and shall be numbered J1, J2, etc.

The actual exhibits shall be brought to the trial by the parties with sufficient copies, including one for the witness, one for the court and the official copy to be submitted to the court reporter. The exhibits shall be numbered and compiled in a loose-leaf/3-ring binder. Unbound submissions, such as maps, photographs, physical evidence and charts, may be submitted. Reduced copies of charts and photographs should be included in the binder, when possible.

2. **Pre-Trial Memoranda**. The parties shall each file a Pre-Trial Memorandum updating their previously filed Pre-Trial Memoranda by **August 29, 2008**. The Memoranda shall not exceed 15 pages in length.

3. **Trial**. By agreement of the parties, a trial consisting solely of expert testimony, will be conducted from **September 17, 2008 through September 19, 2008**, in Washington, DC. Trial will begin at 9:00 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess.

As agreed by the parties, at the conclusion of the trial, the Court will set a briefing schedule for cross-motions for summary judgment, responses, and replies.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

K-2 TRADING VENTURES, LLC, ET AL. V. UNITED STATES, NO. 04-1419T
LIST OF JOINT
TRIAL EXHIBITS AND WITNESSES

| J EX# | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | ACTION | NOTES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |