IN THE UNITED STATES COURT OF FEDERAL CLAIMS

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS
PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 04-1419T, 05-1067T
Judge Mary Ellen Coster Williams

JOINT STIPULATION OF FACTS

The parties agree to this stipulation of facts for purposes of a trial scheduled for September 17-19, 2008, at which only expert testimony will be heard as part of the Court's determination of the following two legal issues: (1) the application of the objective component of the economic substance doctrine, as defined in *Coltec Industries, Inc. v. United States*, 454 F.3d 1340 (Fed. Cir. 2006); and (2) the application and validity of Treas. Reg. §1.752-6. For purposes of this trial, the parties agree that the factual record will be limited to: (1) the factual statements in this stipulation; (2) the exhibits attached hereto; (3) a portion of the factual findings made by this Court in *Jade Trading, LLC v. United States*, 80 Fed. Cl. 11 (2007) (discussed in paragraph 1 of this stipulation); (4) the testimony of the expert witnesses; and (5) any demonstrative exhibits employed by the experts during their testimony.

The parties agree to this stipulation solely for purposes of the trial with respect to issues (1) and (2) described above. Specifically, unless the parties explicitly agree in a separate writing, this stipulation may not be used to resolve any of the other issues addressed by the parties' pretrial memoranda (as previously filed with the Court), and the parties agree that this stipulation does not resolve the factual questions raised by the other issues addressed in such pretrial memoranda.[1] Moreover, the United States reserves the right to raise any or all of the other issues addressed in its pretrial memoranda in the event the Court decides either or both of issues (1) and (2) above in favor of plaintiff, and to present additional evidence relevant to such issues. However, in the event the Court decides either of issues (1) and (2) above in favor of the United States, plaintiff agrees that it will not raise any of the other issues addressed in its pretrial memoranda, other than to rebut any additional issues raised by the United States.

The parties further agree that all stipulated joint exhibits herein shall be considered authentic and admissible, though the parties reserve the right to argue the weight or relevance of each document. The parties agree that the inclusion of any statement, or reference to a statement, in this stipulation is not an acknowledgement that the parties agree that such statement necessarily bears on the issues to be decided by the Court. In addition, the parties agree that no inference should be drawn from the selection, ordering, or organization of the statements in this stipulation or the exhibits attached hereto. All stipulated copies shall be treated as duplicates of the originals as defined in

[1] In the pretrial memorandum filed on August 18, 2006, the United States identified a number of issues in addition to the two issues presented for trial on September 17-19, 2008, including: sham partnership; step transaction doctrine; Treas. Reg. § 1.701-2 (anti-abuse regulation); substance over form doctrine (*i.e.* single option position); discharge of purported liability upon transfer of options to partnership; lack of profit motive under § 165(c); and partnership not "at risk" under § 465(a).

Federal Rule of Evidence (FRE) 1001(4). The parties do not necessarily agree to the truth of the assertions contained within any of the exhibits, and such assertions may be rebutted or corroborated by other evidence that is part of the record in this case. All other evidentiary objections to these facts and exhibits are waived unless specifically expressed in this stipulation.

For convenience, this stipulation describes documents using their formal labels even though the United States contends (in many instances) that the realities of the transactions differed from these labels. For example, the terms "partner" and "partnership" are used only to show that some witnesses and documents use those terms, not to indicate that the parties agree that a partnership existed for federal tax purposes, or that any individual or entity was a partner for federal tax purposes. Accordingly, unless otherwise indicated, terms employed in this stipulation carry their common, non-technical meanings and not any technical legal or tax law meanings.

**Jade Trading, LLC v. United States**

1. The parties request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of certain adjudicative facts determined in the Court's decision in *Jade Trading, LLC v. United States*, 80 Fed. Cl. 11 (2007). A true and correct copy of portions of the Court's findings is attached as JS Exhibit 1.[2]

[2] Although plaintiff maintains that the attached portions of the Court's findings in *Jade Trading* are not necessarily relevant to the issues before the Court here, plaintiff notes in any event that certain findings may be contradicted by information obtained subsequent to the Court's decision in *Jade Trading*. With respect to the Court's discussion of Defendant's Exhibit 555 on pages 21 and 22 of the Court's decision, plaintiff notes that several of the employees referenced in the exhibit were not in fact employed by Sentinel as of the date of such document and did not become so employed for as much as six or more months later. The evidence referred to here is not included in this stipulation and will not be presented during the trial on September 17-19, 2008.

**<u>Sentinel Advisors, LLC</u>**

2. On April 1, 1997, Sentinel Advisors, LLC ("Sentinel") was formed as a New York limited liability company.

3. At all relevant times, Sentinel was an investment management company located in New York, New York. Sentinel traded derivatives and spot contracts in domestic and foreign currencies, stocks and securities, among other things. A true and correct copy of Sentinel's brochure is attached hereto as JS Exhibit 2.

4. New Vista LLC ("New Vista") was a subsidiary of Sentinel at all relevant times.

**<u>Participants in Asuma Trading Ventures, LLC and/or K2 Trading Ventures, LLC</u>**

*<u>Ari Bergmann</u>*

5. Ari Bergmann was a co-founder of Sentinel and, through the Ari Bergmann Revocable Trust, served as the Managing Member of Sentinel during the 2000 and 2001 taxable years.

6. On December 1, 1998, Ari Bergmann formed the Ari Bergmann Revocable Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 3.

7. On December 21, 1999, Ari Bergmann and Iona Bergmann formed A.B.I.B. Family Partners, Ltd., a Colorado limited partnership. A true and correct copy of this partnership agreement is attached hereto as JS Exhibit 4.

8. On December 23, 1999, Ari Bergmann formed the Ari Bergmann 1999 Family Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 5.

*Abraham Pfeiffer*

9. Abraham Pfeiffer was a co-founder of Sentinel and served as Chief Operating Officer of Sentinel during the 2000 and 2001 taxable years.

10. On December 4, 1998, Abraham Pfeiffer formed the Abraham J. Pfeiffer Revocable Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 6.

*Smita Conjeevaram*

11. In April of 1999, Smita Conjeevaram joined Sentinel, and was the Chief Financial Officer and a member of Sentinel during the 2000 and 2001 tax years.

12. On August 31, 1999, Smita Conjeevaram formed the Smita Conjeevaram 1999 Revocable Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 7.

*Srini Conjeevaram*

13. Srini Conjeevaram is currently and, during the 2000 and 2001 tax years, was the husband of Smita Conjeevaram.

14. On August 31, 1999, Srini Conjeevaram formed the Srini Conjeevaram 1999 Revocable Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 8.

*Udai Puramsetti*

15. Udai Puramsetti was a foreign currency trader for Sentinel during the 2000 and 2001 taxable years.

16. On December 29, 1999, Udai Puramsetti formed the Udai K. Puramsetti 1999 Revocable Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 9.

*Michael Powlen*

17. Michael Powlen, through the Woodleaf Trust, owned a 25 percent interest in New Vista during the 2000 and 2001 tax years. Sentinel owned the remaining 75 percent interest in New Vista during this time.

18. On July 7, 1999, Michael Powlen formed the Woodleaf Trust. A true and correct copy of this trust agreement is attached hereto as JS Exhibit 10.

*Morris Safdie*

19. Morris Safdie, through his company MCS Asset Management, was a member of Sentinel during all relevant periods.

20. For purposes of this stipulation, Messrs. Bergmann, Pfeiffer, Conjeevaram, Powlen, Puramsetti and Safdie, and Mrs. Conjeevaram, and their respective entities, collectively will be referred to as the Participants.

**Participants' Relationship with AIG International, Inc.**

21. At all relevant times, AIG International, Inc. ("AIG") was, among other things, a participant in the foreign exchange trading market.

22. Premiums for the foreign currency options set forth in this stipulation that were purchased and sold on the same date were settled with a net cash payment (either by wire transfer or otherwise) between the Participant and AIG, pursuant to paragraph 3.1 in the Master Trading Agreements (as defined below).

*Ari Bergmann Revocable Trust*

23. On July 6, 1999, the Ari Bergmann Revocable Trust entered into a master trading agreement with AIG which governed the trading of foreign currency options and other derivatives (the "Master Trading Agreement"). A true and correct copy of this agreement is attached hereto as JS Exhibit 11. For purposes of this stipulation, all subsequent references to a Master Trading Agreement refer to an agreement with AIG governing the trading of foreign currency options and other derivatives with a Participant.

24. On July 6, 1999, the Ari Bergmann Revocable Trust, Sentinel and AIG entered into a letter agreement which authorized AIG to deal with Sentinel on behalf of the Ari Bergmann Revocable Trust subject to the Master Trading Agreement of the same date (the "Authorization Agreement"). A true and correct copy of this agreement is attached hereto as JS Exhibit 12. For purposes of this stipulation, all subsequent references to an Authorization Agreement refer to an agreement between and among AIG, Sentinel and a Participant with respect to Sentinel's authority to trade on behalf of such Participant with respect to the relevant Master Trading Agreement.

25. On September 29, 1999, the Ari Bergmann Revocable Trust entered into an amendment to the Master Trading Agreement dated July 6, 1999. A true and correct copy of this amendment is attached hereto as JS Exhibit 13.

*Woodleaf Trust*

26. On July 8, 1999, the Woodleaf Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 14.

27. On July 8, 1999, the Woodleaf Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 15.

*Abraham J. Pfeiffer Revocable Trust*

28. On July 27, 1999, the Abraham J. Pfeiffer Revocable Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 16.

29. On September 24, 1999, the Abraham J. Pfeiffer Revocable Trust entered into an amendment to the Master Trading Agreement dated July 27, 1999. A true and correct copy of this amendment is attached hereto as JS Exhibit 17.

30. On July 23, 1999, the Abraham J. Pfeiffer Revocable Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 18.

*Smita Conjeevaram 1999 Revocable Trust*

31. On September 14, 1999, the Smita Conjeevaram 1999 Revocable Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 19.

32. On September 14, 1999, the Smita Conjeevaram 1999 Revocable Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 20.

33. On January 19, 2000, the Smita Conjeevaram 1999 Revocable Trust entered into an amendment of the Master Trading Agreement dated September 14, 1999. A true and correct copy of this amendment is attached hereto as JS Exhibit 21.

*Srini Conjeevaram Revocable Trust*

34. On September 14, 1999, the Srini Conjeevaram 1999 Revocable Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 22.

35. On September 14, 1999, the Srini Conjeevaram 1999 Revocable Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 23.

*Udai K. Puramsetti 1999 Revocable Trust*

36. On May 19, 2000, the Udai K. Puramsetti 1999 Revocable Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 24.

37. On May 19, 2000, the Udai K. Puramsetti 1999 Revocable Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 25.

*Ari Bergmann 1999 Family Trust*

38. On May 19, 2000, the Ari Bergmann 1999 Family Trust entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 26.

39. On May 19, 2000, the Ari Bergmann 1999 Family Trust entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 27.

*A.B.I.B. Family Partners, Ltd.*

40. On May 19, 2000, A.B.I.B. Family Partners, Ltd. entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 28.

41. On May 19, 2000, A.B.I.B. Family Partners, Ltd. entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 29.

**Foreign Currency Options Trades by the Participants Between July through September 1999**

*Ari Bergmann Revocable Trust*

42. On July 8, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0400 for a premium of $35,000,167 (reference number 4504940) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0410 for a premium of $34,624,359 (reference number 4504950). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 30.

43. On July 21, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0410 for a premium of $42,424,983 (reference number 4525720) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0400 for a premium of $42,800,800 (reference number 4525710). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 31.

44. On July 21, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0600 for a premium

of $35,000,000 (reference number 4525730) and sold to AIG a European-style U.S. Dollar/Euro call option at strike price of $1.0610 for a premium of $34,651,043 (reference number 4525740). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 32.

45. On July 28, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0610 for a premium of $42,651,043 (reference number 4542250) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0600 for a premium of $43,000,000 (reference number 4542190). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 33.

46. On July 28, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0800 for a premium of $35,000,000 (reference number 4542260) and sold to AIG a European-style U.S. Dollar/Euro call option at strike price of $1.0810 for a premium of $34,678,143 (reference number 4542270). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 34.

*Woodleaf Trust*

47. On July 13, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0300 for a premium of $10,000,000 (reference number 4512050) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0310 for a premium of $9,875,000 (reference number 4512060). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 35.

48. On July 20, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0310 for a premium of $9,875,000 (reference number 4525040) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0300 for a premium of $10,000,000 (reference number 4525020). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 36 (including a handwritten note that states “to be corrected”).

49. On July 20, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0500 for a premium of $10,000,000 (reference number 4525050) and sold to AIG a European-style U.S. Dollar/Euro call option at strike price of $1.0510 for a premium of $9,883,600 (reference number 4525060). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 37.

50. On July 28, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0510 for a premium of $13,883,600 (reference number 4542160) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0500 for a premium of $14,000,000 (reference number 4542150). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 38.

51. On July 28, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0800 for a premium of $10,000,000 (reference number 4542170) and sold to AIG a European-style U.S. Dollar/Euro call option at strike price of $1.0810 for a premium of $9,896,290 (reference

number 4542180). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 39.

52. On August 13, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0810 for a premium of $11,004,745 (reference number 4577130) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0800 for a premium of $11,120,584 (reference number 4577120). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 40.

53. On August 13, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0900 for a premium of $9,962,190 (reference number 4577150) and sold to AIG a European-style U.S. Dollar/Euro call option at strike price of $1.0910 for a premium of $9,850,521 (reference number 4577140). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 41.

*Abraham J. Pfeiffer Revocable Trust*

54. On July 27, 1999, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0700 for a premium of $2,000,000 (reference number 4539240) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0710 for a premium of $1,980,000 (reference number 4539230). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 42.

55. On August 13, 1999, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0710 for a

premium of $2,131,091 (reference number 4577170) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0700 for a premium of $2,151,116 (reference number 4577160). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 43.

56. On August 13, 1999, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0900 for a premium of $1,788,985 (reference number 4577200) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0910 for a premium of $1,770,160 (reference number 4577190). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 44.

*Smita Conjeevaram 1999 Revocable Trust*

57. On September 14, 1999, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0550 for a premium of $2,000,014 (reference number 4633140) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0560 for a premium of $1,980,012 (reference number 4633150). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 45.

58. On September 30, 1999, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0850 for a premium of $2,000,017 (reference number 4669180) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0860 for a premium of $1,980,014 (reference number 4669190). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 46.

*Srini Conjeevaram 1999 Revocable Trust*

59. On September 14, 1999, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0550 for a premium of $2,999,995 (reference number 4633160) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0560 for a premium of $2,969,963 (reference number 4633440). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 47.

60. On September 30, 1999, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0850 for a premium of $3,000,026 (reference number 4669220) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0860 for a premium of $2,970,021 (reference number 4669230). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 48.

**Formation of Asuma Trading Ventures, LLC**

61. On July 27, 1999, Asuma Trading Ventures, LLC (“Asuma Trading”) was formed as a limited liability company under Delaware law.

62. A true and correct copy of the Certificate of Formation for Asuma Trading dated July 28, 1999 is attached hereto as JS Exhibit 49.

63. On July 27, 1999, Asuma Trading entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 50.

64. On July 27, 1999, Asuma Trading entered into an Authorization Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 51.

65. On or about August 10, 1999, Asuma Trading opened a bank account with Safra National Bank of New York. A true and correct copy of Asuma Trading's bank statements from Safra National Bank of New York are attached hereto as JS Exhibit 52.

66. On August 30, 1999, the Asuma Trading Limited Liability Company Agreement was amended. A true and correct copy of the amended Limited Liability Company Agreement is attached hereto as JS Exhibit 53.

67. On or about December 2, 1999, Asuma Trading opened a trading account with Salomon Smith Barney in New York. A true and correct copy of Asuma Trading's account statements from Salomon Smith Barney are attached hereto as JS Exhibit 54.

68. A true and correct copy of Asuma Trading's balance sheet as of December 31, 1999 is attached hereto as JS Exhibit 55.

**Capitalization of Asuma Trading**

69. On August 16, 1999, Asuma Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which the U.S. Dollar/Euro call options purchased and sold by the Ari Bergmann Revocable Trust on July 28, 1999 (reference numbers 4542260 and 4542270) were transferred to Asuma Trading. A true and correct copy of this agreement is attached hereto as JS Exhibit 56.

70. On August 16, 1999, Asuma Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which the U.S. Dollar/Euro call options purchased and sold by the Abraham J. Pfeiffer Revocable Trust on August 13, 1999

(reference numbers 4577190 and 4577200) were transferred to Asuma Trading. A true and correct copy of this agreement is attached hereto as JS Exhibit 57.

71. On August 16, 1999, Asuma Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which the U.S. Dollar/Euro call options purchased and sold by the Woodleaf Trust on August 13, 1999 (reference numbers 4577140 and 4577150) were transferred to Asuma Trading. A true and correct copy of this agreement is attached hereto as JS Exhibit 58.

72. On September 30, 1999, Asuma Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which the U.S. Dollar/Euro call options purchased and sold by the Smita Conjeevaram 1999 Revocable Trust on September 30, 1999 (reference numbers 4669180 and 4669190) were transferred to Asuma Trading. A true and correct copy of this agreement is attached hereto as JS Exhibit 59.

73. On September 30, 1999, Asuma Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which the U.S. Dollar/Euro call options purchased and sold by the Srini Conjeevaram 1999 Revocable Trust on September 30, 1999 (reference numbers 4669220 and 4669230) were transferred to Asuma Trading. A true and correct copy of this agreement is attached hereto as JS Exhibit 60.

74. On October 9, 1999, Asuma Trading, AIG and the Smita Conjeevaram Revocable Trust executed a revised Assignment and Assumption Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 61.

75. Each of the Ari Bergmann Revocable Trust, Abraham J. Pfeiffer Revocable Trust, Woodleaf Trust, Smita Conjeevaram 1999 Revocable Trust and Srini Conjeevaram 1999 Revocable Trust also contributed cash to Asuma Trading.

76. In exchange for their contributions and assignments to Asuma Trading, the following Participants received ownership interests in Asuma Trading as follows: Ari Bergmann Revocable Trust, 62.86%; Abraham J. Pfeiffer Revocable Trust, 3.11%; Smita Conjeevaram 1999 Revocable Trust, 2.05%; Srini Conjeevaram 1999 Revocable Trust, 3.05%; and Woodleaf Trust, 17.33%.

77. A true and correct copy of the capital account ledger for Asuma Trading dated December 31, 1999 is attached hereto as JS Exhibit 62.

**<u>Withdrawal of Participants from Asuma Trading</u>**

78. On December 17, 1999, Messrs. Bergmann, Pfeiffer and Powlen sent a letter to Asuma Trading requesting their withdrawal from Asuma Trading. True and correct copies of these letters are attached hereto as JS Exhibits 63, 64, and 65, respectively.

79. The parties believe that similar correspondence as referenced in paragraph 78 was also sent by Mr. and Mrs. Conjeevaram to Asuma Trading on or about the same date, but they have not been able to locate such correspondence to date.

80. Attached hereto as JS Exhibit 66 is a memorandum from Lawrence H. Cohen to Eli Stern, dated December 22, 2000, indicating the amount and basis of the property distributed to each investor in Asuma Trading, which included Euros and Xerox shares.

81. During the 1999, 2000 and 2001 taxable years, some or all of the members of Asuma Trading sold some of these Euros and Xerox shares. These members reported aggregate losses on their federal income tax returns arising from these sales in the approximate amount of $36,400,000, and disregarded the sold call options as liabilities in

calculating their basis for federal income tax purposes. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

82. On April 17, 2001, Asuma Trading was dissolved under Delaware law. A true and correct copy of the Certificate of Cancellation as filed with the Delaware Secretary of State is attached hereto as JS Exhibit 68.

**Foreign Currency Options Trading by the Participants Between November 1999 and January 2000**

83. On November 4, 1999, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0600 for a premium of $61,600 (reference number 4737400) and sold to AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0900 for a premium of $58,400 (reference number 4737430). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 69.

84. On November 4, 1999, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0600 for a premium of $15,400 (reference number 4737420) and sold to AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0900 for a premium of $14,600 (reference number 4737450). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 70.

85. On November 4, 1999, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option with a three month

maturity at a strike price of $1.0600 for a premium of $15,400 (reference number 4737410) and sold to AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0900 for a premium of $14,600 (reference number 4737440). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 71.

86. On November 12, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0500 for a premium of $74,000 (reference number 4749240) and sold to AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0755 for a premium of $74,000 (reference number 4749250). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 72.

87. On November 29, 1999, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0755 for a premium of $44,400 (reference number 4775160). A true and correct copy of the confirmation related to this option trade is attached hereto as JS Exhibit 73.

88. On January 4, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option with a with a three month maturity at a strike price of $1.0400 for a premium of $49,000 (reference number 4830950) and sold to AIG a European-style U.S. Dollar/Euro call option with a three month maturity at a strike price of $1.0600 for a premium of $27,600 (reference number 4831060). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 74.

89. On January 13, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0900 for a premium of $2,000 (reference number 4850210) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0600 for a premium of $8,400 (reference number 4850200). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 75.

90. On January 13, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0900 for a premium of $500 (reference number 4850230) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0600 for a premium of $2,100 (reference number 4850220). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 76.

91. On January 13, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0900 for a premium of $500 (reference number 4850360) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $1.0600 for a premium of $2,100 (reference number 4850350). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 77.

92. None of the Participants who traded the aforementioned foreign currency options in November 1999 and January 2000 made any cash payments to AIG (either pursuant to paragraph 11.6 in the Master Trading Agreements or otherwise) separate and apart from the net premia and embedded bid-ask spreads, if any, for such options.

93. None of the Participants who traded the aforementioned foreign currency options in November 1999 and January 2000 subsequently contributed or assigned such options positions to a partnership (including Asuma Trading or K2 Trading (as defined below)).

**May / June 2000 Foreign Currency Options Trades**

94. In connection with the trades described in this section that occurred on the trade dates below, the Participants made the following payments to AIG pursuant to paragraph 11.6 of the Master Trading Agreements:

| Participant | Payment Amount | Trade Date |
|---|---|---|
| Ari Bergmann Revocable Trust | $88,938 | May 31, 2000 |
| Ari Bergmann 1999 Family Trust | $59,292 | May 31, 2000 |
| A.B.I.B. Family Partners, Ltd. | $129,702 | May 31, 2000 |
| Woodleaf Trust | $55,586 | May 31, 2000 |
| Abraham J. Pfeiffer Revocable Trust | $37,058 | May 31, 2000 |
| Smita Conjeevaram Revocable Trust | $18,196 | June 5, 2000 |
| Srini Conjeevaram Revocable Trust | $18,196 | June 5, 2000 |
| Udai K. Puramsetti Revocable Trust | $18,552 | June 5, 2000 |

See JS Exhibits 78 and 79.

*Ari Bergmann Revocable Trust*

95. On May 31, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $6,000,010 (reference number 5215320) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $5,945,404

(reference number 5215330). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 80.

96. On May 31, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $18,000,006 (reference number 5215340) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $17,846,051 (reference number 5215350). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 81.

97. On June 7, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $6,946,402 (reference number 5233840) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $7,006,675 (reference number 5233790). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 82.

98. On June 7, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $21,786,943 (reference number 5233650) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $21,962,724 (reference number 5233740). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 83.

99. On June 7, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $6,000,079 (reference number 5233890) and sold to AIG a European-style U.S.

Dollar/Euro call option at a strike price of $0.9690 for a premium of $5,945,538 (reference number 5233940). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 84.

100. On June 7, 2000, the Ari Bergmann Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $18,000,268 (reference number 5233600) and sold to AIG a European-style U.S. Dollar/British Pound call option at strike price of $1.5311 for a premium of $17,843,546 (reference number 5233550). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 85.

*Ari Bergmann 1999 Family Trust*

101. On May 31, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $4,000,010 (reference number 5215240) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $3,963,606 (reference number 5215250). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 86.

102. On May 31, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $12,000,004 (reference number 5215260) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $11,897,367 (reference number 5215270). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 87.

103. On June 7, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $4,630,939 (reference number 5233870) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $4,671,120 (reference number 5233810). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 88.

104. On June 7, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $14,524,628 (reference number 5233710) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $14,641,816 (reference number 5233760). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 89.

105. On June 7, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $4,000,056 (reference number 5233910) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9690 for a premium of $3,963,695 (reference number 5233960). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 90.

106. On June 7, 2000, the Ari Bergmann 1999 Family Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $12,000,179 (reference number 5233620) and sold to AIG a U.S. Dollar/British Pound call option at a strike price of $1.5311 for a premium of

$11,895,697 (reference number 5233570). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 91.

*A.B.I.B. Family Partners, Ltd.*

107. On May 31, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $8,750,010 (reference number 5215200) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $8,670,377 (reference number 5215210). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 92.

108. On May 31, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $26,249,998 (reference number 5215220) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $26,025,480 (reference number 5215230). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 93.

109. On June 7, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $10,130,168 (reference number 5233850) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $10,218,065 (reference number 5233800). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 94.

110. On June 7, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a

premium of $31,772,611 (reference number 5233700) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $32,028,959 (reference number 5233750). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 95.

111. On June 7, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $8,750,114 (reference number 5233900) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9690 for a premium of $8,670,576 (reference number 5233950). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 96.

112. On June 7, 2000, A.B.I.B. Family Partners, Ltd. purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $26,250,381 (reference number 5233610) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5311 for a premium of $26,021,827 (reference number 5233560). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 97.

*Woodleaf Trust*

113. On May 31, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $3,750,010 (reference number 5215160) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $3,715,881 (reference number 5215170). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 98.

114. On May 31, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $11,250,004 (reference number 5215180) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $11,153,782 (reference number 5215190). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 99.

115. On June 7, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $4,341,506 (reference number 5233820) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $4,379,176 (reference number 5233770). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 100.

116. On June 7, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $13,616,839 (reference number 5233630) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $13,726,702 (reference number 5233720). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 101.

117. On June 7, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $3,750,054 (reference number 5233880) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9690 for a premium of $3,715,966

(reference number 5233920). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 102.

118. On June 7, 2000, the Woodleaf Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $11,250,167 (reference number 5233580) and sold to AIG a U.S. Dollar/British Pound call option at a strike price of $1.5311 for a premium of $11,152,216 (reference number 5233530). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 103.

*Abraham J. Pfeiffer Revocable Trust*

119. On May 31, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $2,500,010 (reference number 5215280) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a premium of $2,477,257 (reference number 5215290). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 104.

120. On May 31, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $7,500,008 (reference number 5215300) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $7,435,860 (reference number 5215310). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 105.

121. On June 7, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9500 for a

premium of $2,894,340 (reference number 5233830) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9490 for a premium of $2,919,453 (reference number 5233780). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 106.

122. On June 7, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5060 for a premium of $9,077,899 (reference number 5233640) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5050 for a premium of $9,151,141 (reference number 5233730). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 107.

123. On June 7, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $2,500,037 (reference number 5233860) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9690 for a premium of $2,477,312 (reference number 5233930). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 108.

124. On June 7, 2000, the Abraham J. Pfeiffer Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $7,500,117 (reference number 5233590) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5311 for a premium of $7,434,816 (reference number 5233540). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 109.

*Smita Conjeevaram 1999 Revocable Trust*

125. On June 5, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $1,250,006 (reference number 5226890) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $1,238,712 (reference number 5226900). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 110.

126. On June 5, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5120 for a premium of $3,750,009 (reference number 5226910) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $3,718,632 (reference number 5226920). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 111.

127. On June 7, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $1,479,371 (reference number 5237290) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $1,491,904 (reference number 5237270). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 112.

128. On June 7, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $3,988,994 (reference number 5237420) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5120 for a

premium of $4,022,866 (reference number 5237400). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 113.

129. On June 7, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9753 for a premium of $1,250,113 (reference number 5237320) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9763 for a premium of $1,238,783 (reference number 5237340). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 114.

130. On June 7, 2000, the Smita Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5200 for a premium of $3,750,081 (reference number 5237440) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5210 for a premium of $3,717,547 (reference number 5237460). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 115.

*Srini Conjeevaram 1999 Revocable Trust*

131. On June 5, 2000, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $1,250,006 (reference number 5227090) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $1,238,712 (reference number 5227100). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 116.

132. On June 5, 2000, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of

$1.5120 for a premium of $3,750,009 (reference number 5226930) and sold to AIG a U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $3,718,632 (reference number 5226940). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 117.

133. On June 7, 2000, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $1,479,371 (reference number 5237300) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $1,491,904 (reference number 5237280). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 118.

134. On June 7, 2000, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $3,988,994 (reference number 5237430) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5120 for a premium of $4,022,866 (reference number 5237410). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 119.

135. On June 7, 2000, the Srini Conjeevaram 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9753 for a premium of $1,250,113 (reference number 5237330) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9763 for a premium of $1,238,783 (reference number 5237350). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 120.

136. On June 7, 2000, the Srini Conjeevaram 1999 Revocable purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5200 for a premium of $3,750,081 (reference number 5237450) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5210 for a premium of $3,717,547 (reference number 5237470). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 121.

*Udai K. Puramsetti 1999 Revocable Trust*

137. On June 5, 2000, the Udai K. Puramsetti 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $2,500,012 (reference number 5227500) and sold to AIG a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $2,477,424 (reference number 5227510). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 122.

138. On June 5, 2000, the Udai K. Puramsetti 1999 Revocable Trust purchased from AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5120 for a premium of $2,500,006 (reference number 5227520) and sold to AIG a European-style U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $2,479,088 (reference number 5227530). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 123.

139. As a result of the trades that occurred between May 31 and June 7, 2000, the Participants received cash proceeds from AIG in the following amounts: Ari Bergmann Revocable Trust, $27,494; A.B.I.B. Family Partners, Ltd., $40,093; Ari Bergmann 1999 Family Trust, $18,327; Abraham J. Pfeiffer Revocable Trust, $11,455;

Woodleaf Trust, $17,184; Smita Conjeevaram 1999 Revocable Trust, $3,735; and Srini Conjeevaram 1999 Revocable Trust, $3,735. See summary terms of options confirmations marked as JS Exhibit 124.

140. None of the Participants who traded the aforementioned foreign currency options on June 7, 2000 made any cash payments to AIG (either pursuant to paragraph 11.6 in the Master Trading Agreements or otherwise) separate and apart from the net premia and embedded bid-ask spreads, if any, for such options. See JS Exhibits 78 and 79 both referenced in paragraph 94.

**Formation of K2 Trading Ventures, LLC**

141. On July 19, 2000, K2 Trading Ventures, LLC ("K2 Trading") was formed as a limited liability company under Delaware law. A true and complete copy of the Limited Liability Company Agreement for K2 Trading is attached hereto as JS Exhibit 125.

142. Sentinel paid legal fees of $830 to its law firm, Wolf, Block, Schorr and Solis-Cohen, LLP in connection with the formation of K2 Trading. A true and correct copy of the invoice from Wolf, Block, Schorr and Solis-Cohen, LLP printed with the date of October 3, 2000 is attached hereto as JS Exhibit 126.

143. A true and correct copy of the Certificate of Formation for K2 Trading is attached hereto as JS Exhibit 127.

144. A true and correct copy of the assignment of an employer identification number to K2 Trading is attached hereto as JS Exhibit 128.

145. On July 21, 2000, K2 Trading entered into a Master Trading Agreement. A true and correct copy of this agreement is attached hereto as JS Exhibit 129.

146. A true and correct copy of K2 Trading's margin interest account statements from AIG is attached hereto as JS Exhibit 130.

147. A true and correct copy of K2 Trading's valuation statements from AIG is attached hereto as JS Exhibit 131.

148. On or about July 21, 2000, K2 Trading opened a bank account with Safra National Bank of New York. A true and correct copy of K2 Trading's bank statements from Safra National Bank of New York are attached hereto as JS Exhibit 132.

149. On or about November 17, 2000, K2 Trading opened a trading account with Salomon Smith Barney in New York. A true and correct copy of K2 Trading's account statements from Salomon Smith Barney are attached hereto as JS Exhibit 133.

150. In November of 2000, the K2 Trading Limited Liability Agreement was amended to appoint New Vista as Managing Member. A true and correct copy of the amended Limited Liability Company Agreement is attached hereto as JS Exhibit 134.

151. A true and correct copy of K2 Trading's financial statements are attached hereto as JS Exhibits 135 and 136.

152. A true and correct copy of K2 Trading's balance sheet and profit and loss statements is attached hereto as JS Exhibit 137.

153. A true and correct copy of K2 Trading's monthly net asset value statements is attached hereto as JS Exhibit 138.

**Capitalization of K2 Trading**

154. On July 24, 2000, K2 Trading entered into Assignment and Assumption Agreements with AIG pursuant to which certain foreign currency options positions were transferred to K2 Trading. The following options positions were transferred to K2

Trading on such date: Reference numbers 5233890, 5233940, 5233600 and 5233550 (Ari Bergmann Revocable Trust); 5233910, 5233960, 5233620 and 5233570 (Ari Bergmann 1999 Family Trust); 5233900, 5233950, 5233610 and 5233560 (A.B.I.B. Family Partners, Ltd.); 5233860, 5233930, 5233590 and 5233540 (Abraham J. Pfeiffer Revocable Trust); 5237320, 5237340, 5237440 and 5237460 (Smita Conjeevaram Revocable Trust); 5237330, 5237350, 5237450 and 5237470 (Srini Conjeevaram Revocable Trust). True and correct copies of these agreements are attached hereto as JS Exhibits 139 through 144.

155. On July 25, 2000, K2 Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which certain foreign currency options positions were transferred to K2 Trading. The following options positions were transferred to K2 Trading on such date: Reference numbers 5233880, 5233920, 5233580 and 5233530 (Woodleaf Trust). A true and correct copy of this agreement is attached hereto as JS Exhibit 145.

156. On July 27, 2000, K2 Trading entered into an Assignment and Assumption Agreement with AIG pursuant to which certain foreign currency options positions were transferred to K2 Trading. The following options positions were transferred to K2 Trading on such date: Reference numbers 5227500, 5227510, 5227520 and 5227530 (Udai K. Puramsetti 1999 Revocable Trust). A true and correct copy of this agreement is attached hereto as JS Exhibit 146.

157. In July of 2000, AIG sent each of the Participants a mark-to-market statement with respect to the options contributed and assigned to K2 Trading. True and correct copies of these statements are attached hereto as JS Exhibits 147 through 154.

158. In connection with the formation of K2 Trading, the Participants made cash contributions to K2 Trading in the following amounts: Ari Bergmann 1999 Family Trust, $12,406; Ari Bergmann Revocable Trust, $18,609; A.B.I.B. Family Partners, Ltd., $27,138; Abraham J. Pfeiffer Revocable Trust, $7,754; Smita Conjeevaram 1999 Revocable Trust, $3,953; Srini Conjeevaram 1999 Revocable Trust, $3,953; Woodleaf Trust, $11,889; and Udai K. Puramsetti 1999 Revocable Trust, $4,030. A true and correct copy of a letter from Eli Stern to Lawrence H. Cohen, dated May 15, 2001 reflecting the cash contributions to K2 Trading is attached hereto as JS Exhibit 155.

159. In exchange for their contributions and assignments to K2 Trading, the Participants received the following percentage interests in K2 Trading: Ari Bergmann 1999 Family Trust, 30.24%; Ari Bergmann Revocable Trust, 20.74%; A.B.I.B. Family Partners, Ltd., 13.83%; Abraham J. Pfeiffer Revocable Trust, 8.64%; Smita Conjeevaram 1999 Revocable Trust, 4.41%; Srini Conjeevaram 1999 Revocable Trust, 4.41%; Woodleaf Trust, 13.25%; and Udai K. Puramsetti 1999 Revocable Trust, 4.49%. See JS Exhibit 155, referenced in paragraph 158.

160. A true and correct copy of K2 Trading's capital account statements is attached hereto as JS Exhibit 156.

161. In November of 2000, Morris Safdie, through his company MCS Asset Management, contributed $20,000 cash to K2 Trading in exchange for a 4.61 percent ownership interest. See JS Exhibit 156, referenced in paragraph 160.

162. In November of 2000, New Vista contributed $500 cash to K2 Trading in exchange for a 0.12 percent ownership interest. See JS Exhibits 137 and 156, referenced in paragraphs 152 and 160, respectively.

163. True and correct copies of auditors' letters from PriceWaterhouseCoopers with respect to the Ari Bergmann Revocable Trust, Abraham J. Pfeiffer Revocable Trust, Woodleaf Trust and K2 Trading are attached hereto as JS Exhibits 157 through 160.

**Withdrawal from K2 Trading by Udai Puramsetti**

164. On December 12, 2000, the Udai K. Puramsetti 1999 Revocable Trust sent a letter to New Vista requesting withdrawal from K2 Trading. A true and correct copy of this letter is attached hereto as JS Exhibit 161.

165. On December 15, 2000, the Udai K. Puramsetti 1999 Revocable Trust received 11,174 Euro and 7,003 shares of Rare Medium Group, Inc. stock in exchange for its interest in K2 Trading. A true and correct copy of a letter from Robert Delia to Paul Wiley, III dated December 8, 2003 is attached hereto as JS Exhibit 162.

166. On December 22, 2000, the Udai K. Puramsetti 1999 Revocable Trust sold 578 shares of Rare Medium Group, Inc. stock and reported a loss of $246,705 for the 2000 taxable year, in which the sold call options were disregarded as liabilities in the calculation of basis for federal income tax purposes. See JS Exhibit 163, referenced in paragraph 167, and JS Exhibits 238 and 239, referenced in paragraph 198.

167. The Udai K. Puramsetti 1999 Revocable Trust requested and obtained an opinion letter from BDO Seidman LLP dated June 5, 2001, and paid $2,500 for such opinion letter. True and correct copies of the aforementioned opinion letter and the invoice from BDO Seidman LLP dated March 26, 2001 are attached hereto as JS Exhibits 163 and 164.

**Withdrawal of Other Participants from K2 Trading**

168. On April 18, 2001, the following Participants sent letters to New Vista requesting their withdrawal from K2 Trading: Ari Bergmann Revocable Trust, Ari Bergmann 1999 Family Trust, A.B.I.B. Family Partners, Ltd., Abraham J. Pfeiffer Revocable Trust, Smita Conjeevaram 1999 Revocable Trust and Srini Conjeevaram 1999 Revocable Trust. True and correct copies of these letters are attached hereto as JS Exhibits 165 through 170.

169. On April 19, 2001, the Woodleaf Trust sent a letter to New Vista requesting withdrawal from K2 Trading. A true and correct copy of this letter is attached hereto as JS Exhibit 171.

170. On April 30, 2001, the Ari Bergmann Revocable Trust received from K2 Trading British Pounds currency with a U.S. dollar value of $12,695 and 185 shares of Oracle Corporation stock with a value of $3,173. See JS Exhibit 172.

171. On April 30, 2001, the Ari Bergmann 1999 Family Trust withdrew from K2 Trading, receiving British Pounds currency with a U.S. dollar value of $1,057 and 555 shares of Oracle Corporation stock with a value of $9,521. See JS Exhibit 172.

172. On April 30, 2001, A.B.I.B. Family Partners, Ltd. received from K2 Trading, British Pounds currency with a U.S. dollar value of $2,314 and 1,213 shares of Oracle Corporation stock with a value of $20,828. See JS Exhibit 172.

173. On April 30, 2001, the Abraham J. Pfeiffer Revocable Trust received from K2 Trading British Pounds currency with a U.S. dollar value of $4,628 and 116 shares of Oracle Corporation stock with a value of $1,983. See JS Exhibit 172.

174. On April 30, 2001, the Woodleaf Trust received from K2 Trading British Pounds currency with a U.S. dollar value of $10,138. See JS Exhibit 172.

175. On April 30, 2001, the Smita Conjeevaram 1999 Revocable Trust received from K2 Trading British Pounds currency with a U.S. dollar value of $2,022, 100 shares of Conexant stock with a value of $1,182 and 10 shares of Oracle Corporation stock with a value of $171. See JS Exhibit 172.

176. On April 30, 2001, the Srini Conjeevaram 1999 Revocable Trust received from K2 Trading 100 shares of Oxford Health Plans stock with a value of $2,993 and 22 shares of Oracle Corporation with a value of $377. See JS Exhibit 172.

177. On May 8, 2001, K2 Trading purchased from AIG (i) a European-style U.S. Dollar/Euro call option at a strike price of $0.9690 for a premium of $830 (reference number 6245550), (ii) a European-style U.S. Dollar/Euro call option at a strike price of $0.9560 for a premium of $118 (reference number 6245710) and (iii) a European-style U.S. Dollar/Euro call option at a strike price of $0.9763 for a premium of $52 (reference number 6245720), and sold to AIG (i) a European-style U.S. Dollar/Euro call option at a strike price of $0.9680 for a premium of $1,880 (reference number 6245540), (ii) a European-style U.S. Dollar/Euro call option at a strike price of $0.9753 for a premium of $160 (reference number 6245560), and (iii) a European-style U.S. Dollar/Euro call option at a strike price of $0.9550 for a premium of $260 (reference number 6245570). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 173.

178. On May 8, 2001, K2 Trading purchased from AIG (i) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5130 for a premium of $92

(reference number 6245770), (ii) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5210 for a premium of $88 (reference number 6245790) and (iii) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5311 for a premium of $1,100 (reference number 6245750), and sold to AIG (i) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5120 for a premium of $230 (reference number 6245760), (ii) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5200 for a premium of $200 (reference number 6245780)and (iii) a European-style U.S. Dollar/British Pound call option at a strike price of $1.5301 for a premium of $2,150 (reference number 6245740). True and correct copies of the confirmations related to these options trades are attached hereto as JS Exhibit 173.

179. With respect to foreign currency options traded on May 8, 2001, K2 Trading did not make any cash payments to AIG (either pursuant to paragraph 11.6 in the Master Trading Agreement or otherwise) separate and apart from the net premia and embedded bid-ask spreads, if any, for such options.

180. On September 12, 2001, MCS Management withdrew from K2 Trading. A true and correct copy of a confirmation of such withdrawal is attached hereto as JS Exhibit 174.

181. On November 6, 2001, K2 Trading was dissolved under Delaware law. A true and correct copy of the Certificate of Cancellation as filed with the Delaware Secretary of State is attached hereto as JS Exhibit 175.

182. In December 2001, the Abraham J. Pfeiffer Revocable Trust sold a portion of the British Pounds currency received in distribution from K2 Trading for U.S. $58. In reporting such sale, both the purchased and sold call options were taken into account in

determining the tax basis for federal income tax purposes. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

183. On December 26, 2002, the Smita Conjeevaram 1999 Revocable Trust sold 10 shares of Conexant Systems Inc. stock received in distribution from K2 Trading for $15. In reporting such sale, both the purchased and sold call options were taken into account in determining the tax basis for federal income tax purposes. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

184. On November 3, 2004, the Udai K. Puramsetti 1999 Revocable Trust sold 642 shares of Skyterra Communications, Inc. stock, the successor to Rare Medium, Inc., received in distribution from K2 Trading for $6,207. As a result of such sale, a loss of $7,852 was claimed by the Udai K. Puramsetti 1999 Revocable Trust on its 2004 federal income tax return. The basis used for calculating this loss was the fair market value of the stock as of the date of distribution from K2 Trading, rather than a basis computed by disregarding the short options as liabilities for federal income tax purposes. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

185. Except as otherwise specified herein, none of the Participants have disposed of any assets received in distribution of their interests in K2 Trading nor have any such Participants reported any tax benefits related thereto on any federal income tax return. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

186. The estimated amount of tax basis in assets received in distribution by the Participants from K2 Trading, computed based on disregarding the sold call options as liabilities, is $115,000,000, and is in dispute between the parties. A true and correct copy of a declaration from David Untracht dated August 15, 2008 is attached hereto as JS Exhibit 67.

**<u>IRS Administrative Proceedings and Tax Returns</u>**

187. A true and correct copy of K2 Trading's United States Partnership Tax Return (Form 1065) for the 2000 and 2001 taxable years are attached hereto as JS Exhibits 176 and 177.

188. On April 13, 2004, the IRS issued to K2 Trading a Notice of Final Partnership Administrative Adjustment ("FPAA") with respect to K2 Trading's 2000 taxable year. A true and correct copy of this FPAA is attached hereto as JS Exhibit 178.

189. On August 9, 2005, the IRS issued to K2 Trading an FPAA with respect to K2 Trading's 2001 taxable year. A true and correct copy of this FPAA is attached hereto as JS Exhibit 179.

190. A true and correct copy of Asuma Trading's United States Partnership Tax Return (Form 1065) for the 1999 through 2001 taxable years are attached hereto as JS Exhibits 180, 181 and 182.

191. On July 31, 2006, the IRS issued to Asuma Trading a Notice of Final Partnership Administrative Adjustment ("FPAA") with respect to Asuma Trading's 1999 taxable year, and which is currently the subject of litigation in the United States Tax Court, Docket No. 26772-06.

192. A true and correct copy of the federal income tax returns for the 1999 through 2003 taxable years of Ari Bergmann and the Ari Bergmann Revocable Trust are attached hereto as JS Exhibits 183 through 192.

193. A true and correct copy of the federal income tax returns for the 2000 through 2003 taxable years of the Ari Bergmann 1999 Family Trust are attached hereto as JS Exhibits 193 through 196.

194. A true and correct copy of the federal income tax returns for the 2000 through 2003 taxable years of A.B.I.B. Family Partners, Ltd. are attached hereto as JS Exhibits 197 through 200.

195. A true and correct copy of the federal income tax returns for the 1999 through 2004 taxable years for the Woodleaf Trust and Michael Powlen are attached hereto as JS Exhibits 201 through 212.

196. A true and correct copy of the federal income tax returns for the 1999 through 2003 taxable years of Abraham J. Pfeiffer and the Abraham J. Pfeiffer Revocable Trust are attached hereto as JS Exhibits 213 through 222.

197. A true and correct copy of the federal income tax returns for the 1999 through 2003 taxable years of Smita and Srini Conjeevaram, the Smita Conjeevaram 1999 Revocable Trust and the Srini Conjeevaram 1999 Revocable Trust are attached hereto as JS Exhibits 223 through 237.

198. A true and correct copy of the federal income tax returns for the 2000 through 2003 taxable years of Udai K. Puramsetti and the Udai K. Puramsetti 1999 Revocable Trust are attached hereto as JS Exhibits 238 through 245.

Spot Rates

199. Attached hereto as JS Exhibit 246 is the daily spot price of the Euro and British Pound currencies against the U.S. dollar from January 1, 1999 through December 31, 2001.

Respectfully submitted,

s/ Mark D. Allison
MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6868

FELIX B. LAUGHLIN
JOHN F. COLLINS

COUNSEL FOR PLAINTIFF

s/ Stuart J. Bassin
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

JOHN A. DICICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section
JENNIFER P. WILSON
Trial Attorney

s/ Steven I. Frahm
Of Counsel

COUNSEL FOR DEFENDANT

August 15, 2008