IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |

**NOTICE OF SUBMISSION OF THE JOINT STIPULATION EXHIBITS**

TO: The Clerk of Court:

PLEASE TAKE NOTICE THAT pursuant to paragraph 1 of the Court order dated May 29, 2008, on August 28, 2008, the parties produced to the Court a full set of electronic exhibits referenced in the Joint Stipulation of Facts, filed with the Court on August 15, 2008. Further, pursuant to paragraph 18 of RCFC Appendix A, and to paragraph 1 of the aforementioned Court order, the parties submit the attached list of Joint Stipulation exhibits.

The parties agree that the Joint Stipulation exhibits shall be considered authentic and admissible at trial. However, the parties do not waive any arguments with respect to the weight or relevance of each exhibit. In addition, the parties agree that no inference should be drawn from the selection, ordering, or organization of the Joint Stipulation exhibits.

Respectfully submitted,

s/ Mark D. Allison
MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6868

FELIX B. LAUGHLIN
JOHN F. COLLINS

COUNSEL FOR PLAINTIFF

s/ Stuart J. Bassin
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

JOHN A. DICICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section
JENNIFER P. WILSON
Trial Attorney

s/ Steven I. Frahm
Of Counsel

COUNSEL FOR DEFENDANT

August 29, 2008