# K2 Trading Ventures LLC v. United States

## Nos. 04-1419T, 05-1067T

## Joint Stipulation Exhibit List

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS1 | | 12/21/2007 | Excerpts from Court's decision in *Jade Trading, LLC v. United States*, 80 Fed. Cl. 11 (2007) | | |
| JS2 | | N/A | Sentinel marketing brochure | | |
| JS3 | P1 | 12/1/1998 | Ari Bergmann Revocable Trust Agreement | | |
| JS4 | P39 | 12/21/1999 | A.B.I.B. Family Partners, Ltd. Partnership Agreement | | |
| JS5 | P33 | 12/23/1999 | Ari Bergmann 1999 Family Trust Agreement | | |
| JS6 | P59 | 12/4/1998 | Abraham J. Pfeiffer Revocable Trust Agreement | | |
| JS7 | P75 | 8/31/1999 | Smita Conjeevaram 1999 Revocable Trust Agreement | | |
| JS8 | P85 | 8/31/1999 | Srini Conjeevaram 1999 Revocable Trust Agreement | | |
| JS9 | P92 | 12/29/1999 | Udai K. Puramsetti 1999 Revocable Trust Agreement | | |
| JS10 | P47 | 7/7/1999 | Woodleaf Trust Agreement | | |
| JS11 | J1 | 7/6/1999 | AIG Master Trading Agreement for Ari Bergmann Revocable Trust | | |
| JS12 | J3 | 7/6/1999 | Sentinel and AIG Authorization Agreement for Ari Bergmann Revocable Trust | | |
| JS13 | J2 | 9/29/1999 | Amendment to Ari Bergmann Revocable Trust Master Trading Agreement | | |
| JS14 | J45 | 7/8/1999 | AIG Master Trading Agreement for Woodleaf Trust | | |
| JS15 | J46 | 7/8/1999 | Sentinel and AIG Authorization Agreement for Woodleaf Trust | | |
| JS16 | J66 | 7/27/1999 | AIG Master Trading Agreement for Abraham J. Pfeiffer Revocable Trust | | |
| JS17 | J67 | 9/24/1999 | Amendment to Abraham J. Pfeiffer Revocable Trust Master Trading Agreement | | |
| JS18 | J68 | 7/23/1999 | Sentinel and AIG Authorization Agreement for Abraham J. Pfeiffer Revocable Trust | | |
| JS19 | J85 | 9/14/1999 | AIG Master Trading Agreement for Smita Conjeevaram 1999 Revocable Trust | | |
| JS20 | J86 | 9/14/1999 | Sentinel and AIG Authorization Agreement for Smita Conjeevaram 1999 Revocable Trust | | |
| JS21 | P76 | 1/19/2000 | Amendment to Smita Conjeevaram 1999 Revocable Trust Master Trading Agreement | | |
| JS22 | J99 | 9/14/1999 | AIG Master Trading Agreement for Srini Conjeevaram 1999 Revocable Trust | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS23 | J100 | 9/14/1999 | Sentinel and AIG Authorization Agreement for Srini Conjeevaram 1999 Revocable Trust | | |
| JS24 | J115 | 5/19/2000 | AIG Master Trading Agreement for Udai K. Puramsetti 1999 Revocable Trust | | |
| JS25 | J116 | 5/19/2000 | Sentinel and AIG Authorization Agreement for Udai K. Puramsetti 1999 Revocable Trust | | |
| JS26 | J17 | 5/19/2000 | AIG Master Trading Agreement for Ari Bergmann 1999 Family Trust | | |
| JS27 | J18 | 5/19/2000 | Sentinel and AIG Authorization Agreement for Ari Bergmann 1999 Family Trust | | |
| JS28 | J27 | 5/19/2000 | AIG Master Trading Agreement for A.B.I.B. Family Partners, Ltd. | | |
| JS29 | J28 | 5/19/2000 | Sentinel and AIG Authorization Agreement for A.B.I.B. Family Partners, Ltd. | | |
| JS30 | J6 | 7/8/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 4504940 and 4504950 | |
| JS31 | J7(A) | 7/21/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (close) | Reference ## 4525720 and 4525710 | |
| JS32 | J8 | 7/21/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 4525730 and 4525740 | |
| JS33 | J9 | 7/28/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (close) | Reference ## 4542250 and 4542190 | |
| JS34 | J10 | 7/28/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 4542260 and 4542270 | |
| JS35 | J49 | 7/13/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 4512050 and 4512060 | |
| JS36 | J50 | 7/20/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (close) | Reference ## 4525040 and 4545020 | |
| JS37 | J51 | 7/20/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 4525050 and 4525060 | |
| JS38 | J52 | 7/28/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (close) | Reference ## 4542160 and 4542150 | |
| JS39 | J53 | 7/28/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 4542170 and 4542180 | |
| JS40 | J54 | 8/13/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (close) | Reference ## 4577130 and 4577120 | |
| JS41 | J55 | 8/13/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 4577150 and 4577140 | |
| JS42 | J72 | 7/27/1999 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 4539240 and 4539230 | |

# K2 Trading Ventures LLC v. United States

## Nos. 04-1419T, 05-1067T

## Joint Stipulation Exhibit List

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS43 | J73 | 8/13/1999 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (close) | Reference ## 4577170 and 4577160 | |
| JS44 | J74(A) | 8/13/1999 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 4577200 and 4577190 | |
| JS45 | J89 | 9/14/1999 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 4633140 and 4633150 | |
| JS46 | J90 | 9/30/1999 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 4669180 and 4669190 | |
| JS47 | J103 | 9/14/1999 | AIG EUR spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 4633160 and 4633440 | |
| JS48 | J104 | 9/30/1999 | AIG EUR spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 4669220 and 4669230 | |
| JS49 | D36 | 7/28/1999 | Certificate of Formation for Asuma Trading Ventures, LLC | | |
| JS50 | D37 | 7/27/1999 | AIG Master Trading Agreement for Asuma Trading Ventures, LLC | | |
| JS51 | D38 | 7/27/1999 | Sentinel and AIG Authorization Agreement for Asuma Trading Ventures, LLC | | |
| JS52 | D41 | multiple | Safra National Bank of New York account statements for Asuma Trading Ventures, LLC | | |
| JS53 | J125 | 8/30/1999 | Asuma Trading Ventures, LLC Amended and Restated Limited Liability Company Agreement | | |
| JS54 | D43 | multiple | Salomon Smith Barney account statements for Asuma Trading Ventures, LLC | | |
| JS55 | D40 | 12/31/1999 | Asuma Trading Ventures, LLC balance sheet | | |
| JS56 | D23 | 8/16/1999 | Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Ari Bergmann Revocable Trust | Transferred options with reference ## 4542260 and 4542270 | |
| JS57 | D29 | 8/16/1999 | Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Abraham J. Pfeiffer Revocable Trust | Transferred options with reference ## 4577190 and 4577200 | |
| JS58 | D31 | 8/16/1999 | Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Woodleaf Trust | Transferred options with reference ## 4577140 and 4577150 | |
| JS59 | D25 | 9/30/1999 | Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Smita Conjeevaram 1999 Revocable Trust | Transferred options with reference ## 4669180 and 4669190 | |
| JS60 | D28 | 9/30/1999 | Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Srini Conjeevaram 1999 Revocable Trust | Transferred options with reference ## 4669220 and 4669230 | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS61 | D26 | 10/9/1999 | Revised Assignment and Assumption Agreement between AIG, Asuma Trading Ventures, LLC, and Smita Conjeevaram 1999 Revocable Trust | | |
| JS62 | D39 | 12/20/1999 | Capital account ledger for members of Asuma Trading Ventures, LLC | | |
| JS63 | D24 | 12/17/1999 | Withdrawal request from Ari Bergmann to Asuma Trading Ventures, LLC | | |
| JS64 | D30 | 12/17/1999 | Withdrawal request from Abraham J. Pfeiffer to Asuma Trading Ventures, LLC | | |
| JS65 | D32 | 12/17/1999 | Withdrawal request from Michael Powlen to Asuma Trading Ventures, LLC | | |
| JS66 | D48 | 12/22/2000 | Memorandum from Lawrence H. Cohen to Eli Stern | | |
| JS67 | | 8/15/2008 | Declaration of David S. Untracht | | |
| JS68 | D47 | 4/7/2001 | Certificate of Cancellation for Asuma Trading Ventures, LLC | | |
| JS69 | P6, P7 | 11/4/1999 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 4737400 and 4737430 | |
| JS70 | P62, P63 | 11/4/1999 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 4737420 and 4737450 | |
| JS71 | P79, P80 | 11/4/1999 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 4737410 and 4737440 | |
| JS72 | P50, P51 | 11/12/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 4749240 and 4749250 | |
| JS73 | P52 | 11/29/1999 | AIG EUR spread options trade confirmations for Woodleaf Trust | Reference ## 4775160 | |
| JS74 | P8, P9 | 1/4/2000 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust | Reference ## 4830950 and 4831060 | |
| JS75 | P10, P11 | 1/13/2000 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (close) | Reference ## 4850210 and 4850200 | |
| JS76 | P64, P65 | 1/13/2000 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (close) | Reference ## 4850230 and 4850220 | |
| JS77 | P81, P82 | 1/13/2000 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (close) | Reference ## 4850360 and 4850350 | |
| JS78 | J148 | 3/28/2006 | E-mail from Oliver Strauch to Mark Allison attaching a summary of AIG payments and credits for transactions with value dates June 1, 2000 and June 6, 2000 | | |
| JS79 | J149 | 5/31/2001 | E-mail from Eli Stern to Lawrence H. Cohen, titled "AIG fees for K2" | | |

# K2 Trading Ventures LLC v. United States

## Nos. 04-1419T, 05-1067T

## Joint Stipulation Exhibit List

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS80 | J11 | 5/31/2000 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 5215320 and 5215330 | |
| JS81 | J14 | 5/31/2000 | AIG GBP spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 5215340 and 5215350 | |
| JS82 | J12 | 6/7/2000 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (close) | Reference ## 5233840 and 5233790 | |
| JS83 | J15 | 6/7/2000 | AIG GBP spread options trade confirmations for Ari Bergmann Revocable Trust (close) | Reference ## 5233650 and 5233740 | |
| JS84 | J13 | 6/7/2000 | AIG EUR spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 5233890 and 5233940 | |
| JS85 | J16 | 6/7/2000 | AIG GBP spread options trade confirmations for Ari Bergmann Revocable Trust (open) | Reference ## 5233600 and 5233550 | |
| JS86 | J21 | 5/31/2000 | AIG EUR spread options trade confirmations for Ari Bergmann 1999 Family Trust (open) | Reference ## 5215240 and 5215250 | |
| JS87 | J24 | 5/31/2000 | AIG GBP spread options trade confirmations for Ari Bergmann 1999 Family Trust (open) | Reference ## 5215260 and 5215270 | |
| JS88 | J22 | 6/7/2000 | AIG EUR spread options trade confirmations for Ari Bergmann 1999 Family Trust (close) | Reference ## 5233870 and 5233810 | |
| JS89 | J25 | 6/7/2000 | AIG GBP spread options trade confirmations for Ari Bergmann 1999 Family Trust (close) | Reference ## 5233710 and 5233760 | |
| JS90 | J23 | 6/7/2000 | AIG EUR spread options trade confirmations for Ari Bergmann 1999 Family Trust (open) | Reference ## 5233910 and 5233960 | |
| JS91 | J26 | 6/7/2000 | AIG GBP spread options trade confirmations for Ari Bergmann 1999 Family Trust (open) | Reference ## 5233620 and 5233570 | |
| JS92 | J31 | 5/31/2000 | AIG EUR spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (open) | Reference ## 5215200 and 5215210 | |
| JS93 | J34 | 5/31/2000 | AIG GBP spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (open) | Reference ## 5215220 and 5215230 | |
| JS94 | J32 | 6/7/2000 | AIG EUR spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (close) | Reference ## 5233850 and 5233800 | |
| JS95 | J35 | 6/7/2000 | AIG GBP spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (close) | Reference ## 5233700 and 5233750 | |
| JS96 | J33 | 6/7/2000 | AIG EUR spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (open) | Reference ## 5233900 and 5233950 | |
| JS97 | J36 | 6/7/2000 | AIG GBP spread options trade confirmations for A.B.I.B. Family Partners, Ltd. (open) | Reference ## 5233610 and 5233560 | |
| JS98 | J56 | 5/31/2000 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 5215160 and 5215170 | |
| JS99 | J59 | 5/31/2000 | AIG GBP spread options trade confirmations for Woodleaf Trust (open) | Reference ## 5215180 and 5215190 | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS100 | J57 | 6/7/2000 | AIG EUR spread options trade confirmations for Woodleaf Trust (close) | Reference ## 5233820 and 5233770 | |
| JS101 | J60 | 6/7/2000 | AIG GBP spread options trade confirmations for Woodleaf Trust (close) | Reference ## 5233630 and 5233720 | |
| JS102 | J58 | 6/7/2000 | AIG EUR spread options trade confirmations for Woodleaf Trust (open) | Reference ## 5233880 and 5233920 | |
| JS103 | J61 | 6/7/2000 | AIG GBP spread options trade confirmations for Woodleaf Trust (open) | Reference ## 5233580 and 5233530 | |
| JS104 | J75 | 5/31/2000 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 5215280 and 5215290 | |
| JS105 | J78 | 5/31/2000 | AIG GBP spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 5215300 and 5215310 | |
| JS106 | J76 | 6/7/2000 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (close) | Reference ## 5233830 and 5233780 | |
| JS107 | J79 | 6/7/2000 | AIG GBP spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (close) | Reference ## 5233640 and 5233730 | |
| JS108 | J77 | 6/7/2000 | AIG EUR spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 5233860 and 5233930 | |
| JS109 | J80 | 6/7/2000 | AIG GBP spread options trade confirmations for Abraham J. Pfeiffer Revocable Trust (open) | Reference ## 5233590 and 5233540 | |
| JS110 | J91 | 6/5/2000 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 5226890 and 5226900 | |
| JS111 | J94 | 6/5/2000 | AIG GBP spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 5226910 and 5226920 | |
| JS112 | J92 | 6/7/2000 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (close) | Reference ## 5237290 and 5237270 | |
| JS113 | J95 | 6/7/2000 | AIG GBP spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (close) | Reference ## 5237420 and 5237400 | |
| JS114 | J93 | 6/7/2000 | AIG EUR spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 5237320 and 5237340 | |
| JS115 | J96 | 6/7/2000 | AIG GBP spread options trade confirmations for Smita Conjeevaram 1999 Revocable Trust (open) | Reference ## 5237440 and 5237460 | |
| JS116 | J105 | 6/5/2000 | AIG EUR spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 5227090 and 5227100 | |
| JS117 | J108 | 6/5/2000 | AIG GBP spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 5226930 and 5226940 | |
| JS118 | J106 | 6/7/2000 | AIG EUR spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (close) | Reference ## 5237300 and 5237280 | |
| JS119 | J109 | 6/7/2000 | AIG GBP spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (close) | Reference ## 5237430 and 5237410 | |

# K2 Trading Ventures LLC v. United States

## Nos. 04-1419T, 05-1067T

## Joint Stipulation Exhibit List

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS120 | J107 | 6/7/2000 | AIG EUR spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 5237330 and 5237350 | |
| JS121 | J110 | 6/7/2000 | AIG GBP spread options trade confirmations for Srini Conjeevaram 1999 Revocable Trust (open) | Reference ## 5237450 and 5237470 | |
| JS122 | J119 | 6/5/2000 | AIG EUR spread options trade confirmations for Udai K. Puramsetti 1999 Revocable Trust (open) | Reference ## 5227500 and 5227510 | |
| JS123 | J120 | 6/5/2000 | AIG GBP spread options trade confirmations for Udai K. Puramsetti 1999 Revocable Trust (open) | Reference ## 5227520 and 5227530 | |
| JS124 | P152 | N/A | Summary Terms of Options Confirmations | | |
| JS125 | J126 | 6/19/2000 | K2 Trading Ventures, LLC Limited Liability Company Agreement | | |
| JS126 | J150 | 10/3/2000 | Invoice from Wolf, Block, Schorr and Solis-Cohen | | |
| JS127 | J142 | 7/19/2000 | Certificate of Formation for K2 Trading Ventures, LLC | | |
| JS128 | P117 | 7/27/2000 | Assignment of Employer Identification Number for K2 Trading Ventures, LLC | | |
| JS129 | J128 | 7/21/2000 | AIG Master Trading Agreement for K2 Trading Ventures, LLC | | |
| JS130 | J138 | multiple | AIG margin cash account interest statement for K2 Trading Ventures, LLC | | |
| JS131 | P122 | multiple | AIG valuation statements for K2 Trading Ventures, LLC, dating July 2000 through March 2001 | | |
| JS132 | J133 | multiple | Safra National Bank of New York account statements for K2 Trading Ventures, LLC | | |
| JS133 | J134 | multiple | Salomon Smith Barney account statements for K2 Trading Ventures, LLC | | |
| JS134 | J127 | Nov-01 | K2 Trading Ventures, LLC Amended and Restated Limited Liability Company Agreement | | |
| JS135 | J129 | 12/31/2000 | K2 Trading Ventures, LLC financial statements | | |
| JS136 | J130 | 11/1/20001 | K2 Trading Ventures, LLC financial statements | | |
| JS137 | J131 | multiple | K2 Trading Ventures, LLC balance sheets and profit and loss YTD comparisons for July 2000 through November 2001 | | |
| JS138 | J132 | multiple | K2 Trading Ventures, LLC net asset value monthly statements for November 2000 through August 2001 | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS139 | J4 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Ari Bergmann Revocable Trust | Transferred options with reference ## 5233890, 5233940, 5233600 and 5233550 | |
| JS140 | J19 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Ari Bergmann 1999 Family Trust | Transferred options with reference ## 5233910, 5233960, 5233620 and 5233570 | |
| JS141 | J29 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and A.B.I.B. Family Partners, Ltd. | Transferred options with reference ## 5233900, 5233950, 5233610 and 5233560 | |
| JS142 | J69 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Abraham J. Pfeiffer Revocable Trust | Transferred options with reference ## 5233860, 5233930, 5233590 and 5233540 | |
| JS143 | J87 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Smita Conjeevaram 1999 Revocable Trust | Transferred options with reference ## 5237320, 5237340, 5237440 and 5237460 | |
| JS144 | J101 | 7/24/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Srini Conjeevaram 1999 Revocable Trust | Transferred options with reference ## 5237330, 5237350, 5237450 and 5237470 | |
| JS145 | J47 | 7/25/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Woodleaf Trust | Transferred options with reference ## 5233880, 5233920, 5233580 and 5233530 | |
| JS146 | J117 | 7/27/2000 | Assignment and Assumption Agreement between AIG, K2 Trading Ventures, LLC, and Udai K. Puramsetti 1999 Revocable Trust | Transferred options with reference ## 5227500, 5227510, 5227520 and 5227530 | |
| JS147 | P5 | 7/26/2000 | AIG Mark to Market Statement for Ari Bergmann Revocable Trust | | |
| JS148 | P34 | 7/26/2000 | AIG Mark to Market Statement for Ari Bergmann 1999 Family Trust | | |
| JS149 | P41 | 7/26/2000 | AIG Mark to Market Statement for A.B.I.B. Family Partners, Ltd. | | |
| JS150 | P49 | 7/26/2000 | AIG Mark to Market Statement for Woodleaf Trust | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS151 | P60 | 7/25/2000 | AIG Mark to Market Statement for Abraham J. Pfeiffer Revocable Trust | | |
| JS152 | P78 | 7/25/2000 | AIG Mark to Market Statement for Smita Conjeevaram 1999 Revocable Trust | | |
| JS153 | P87 | 7/25/2000 | AIG Mark to Market Statement for Srini Conjeevaram 1999 Revocable Trust | | |
| JS154 | P93 | 7/28/2000 | AIG Mark to Market Statement for Udai K. Puramsetti 1999 Revocable Trust | | |
| JS155 | D9 | 5/15/2001 | Letter from Eli Stern to Lawrence H. Cohen with enclosures reflecting the cash contributions to K2 Trading Ventures, LLC | | |
| JS156 | J136 | multiple | K2 Trading Ventures, LLC capital account statements | | |
| JS157 | P127 | N/A | Pricewaterhouse Coopers Auditors Letter for Ari Bergmann Revocable Trust | | |
| JS158 | P128 | N/A | Pricewaterhouse Coopers Auditors Letter for Abraham J. Pfeiffer Revocable Trust | | |
| JS159 | P129 | N/A | Pricewaterhouse Coopers Auditors Letter for Woodleaf Trust | | |
| JS160 | P130 | N/A | Pricewaterhouse Coopers Auditors Letter for K2 Trading Ventures, LLC | | |
| JS161 | J118 | 12/12/2000 | Letter from Udai K. Puramsetti 1999 Revocable Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS162 | D5 | 12/8/2003 | Letter with enclosures from Paul Wiley III at Untracht Early and Associates LLC to Robert Delia | | |
| JS163 | D14 | 6/5/2001 | BDO Seidman, LLP tax opinion letter for Udai K. Puramsetti | | |
| JS164 | D13 | 3/26/2001 | Letter with invoice from Lawrence H. Cohen to Udai K. Puramsetti | | |
| JS165 | J5 | 4/18/2001 | Letter from Ari Bergmann Revocable Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS166 | J20 | 4/18/2001 | Letter from Ari Bergmann 1999 Family Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS167 | J30 | 4/18/2001 | Letter from A.B.I.B. Family Partners, Ltd. requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS168 | J70 | 4/18/2001 | Letter from Abraham J. Pfeiffer Revocable Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS169 | J88 | 4/18/2001 | Letter from Smita Conjeevaram 1999 Revocable Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS170 | J102 | 4/18/2001 | Letter from Srini Conjeevaram 1999 Revocable Trust requesting withdrawal from K2 Trading Ventures, LLC | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS171 | J48 | 4/19/2001 | Letter from Woodleaf Trust requesting withdrawal from K2 Trading Ventures, LLC | | |
| JS172 | J141 | 5/3/2001 | K2 Trading Ventures, LLC schedule of distributions to partners | | |
| JS173 | J135 | 5/8/2001 | AIG foreign currency trade confirmations for K2 Trading Ventures, LLC | Reference ## 6245550, 6245710, 6245720, 6245540, 6245560, 6245570, 6245770, 6245790, 6245750, 6245760, 6245780 and 6245740 | |
| JS174 | P126 | 9/17/2001 | Confirmation of Withdrawal Request from K2 Trading Ventures, LLC from Sentinel to MCS | | |
| JS175 | J143 | 11/6/2001 | Certificate of Cancellation for K2 Trading Ventures, LLC | | |
| JS176 | J144 | 3/8/2001 | K2 Trading Ventures, LLC federal income tax return for the 2000 taxable year | | |
| JS177 | J145 | 2/5/2002 | K2 Trading Ventures, LLC federal income tax return for the 2001 taxable year | | |
| JS178 | J146 | 4/13/2004 | 2000 FPAA issued to New Vista LLC, Tax Matter Partner for K2 Trading Ventures, LLC | | |
| JS179 | J147 | 8/9/2005 | 2001 FPAA issued to New Vista LLC, Tax Matter Partner for K2 Trading Ventures, LLC | | |
| JS180 | D49 | 6/22/2000 | Asuma Trading Ventures, LLC federal income tax return for the 1999 taxable year | | |
| JS181 | D50 | 3/10/2001 | Asuma Trading Ventures, LLC federal income tax return for the 2000 taxable year | | |
| JS182 | D51 | 11/9/2001 | Asuma Trading Ventures, LLC federal income tax return for the 2001 taxable year | | |
| JS183 | D124 | 10/12/2000 | Ari Bergmann Revocable Trust federal income tax return for the 1999 taxable year | | |
| JS184 | D125 | 10/12/2000 | Ari Bergmann federal income tax return for the 1999 taxable year | | |
| JS185 | J37 | 10/11/2001 | Ari Bergmann Revocable Trust federal income tax return for the 2000 taxable year | | |
| JS186 | J38 | 10/9/2002 | Ari Bergmann Revocable Trust federal income tax return for the 2001 taxable year | | |
| JS187 | J43 | 10/13/2001 | Ari Bergmann federal income tax return for the 2000 taxable year | | |
| JS188 | J44 | 10/10/2002 | Ari Bergmann federal income tax return for the 2001 taxable year | | |
| JS189 | P31 | 10/14/2003 | Ari Bergmann Revocable Trust federal income tax return for the 2002 taxable year | | |

# K2 Trading Ventures LLC v. United States

## Nos. 04-1419T, 05-1067T

## Joint Stipulation Exhibit List

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS190 | P32 | 10/1/2004 | Ari Bergmann Revocable Trust federal income tax return for the 2003 taxable year | | |
| JS191 | P45 | 10/14/2003 | Ari Bergmann federal income tax return for the 2002 taxable year | | |
| JS192 | P46 | 10/14/2004 | Ari Bergmann federal income tax return for the 2003 taxable year | | |
| JS193 | J39 | 10/8/2001 | Ari Bergmann 1999 Family Trust federal income tax return for the 2000 taxable year | | |
| JS194 | J40 | 10/3/2002 | Ari Bergmann 1999 Family Trust federal income tax return for the 2001 taxable year | | |
| JS195 | P36 | 10/3/2003 | Ari Bergmann 1999 Family Trust federal income tax return for the 2002 taxable year | | |
| JS196 | P37 | 10/11/2004 | Ari Bergmann 1999 Family Trust federal income tax return for the 2003 taxable year | | |
| JS197 | J41 | 10/13/2001 | A.B.I.B. Family Partners, Ltd. federal income tax return for the 2000 taxable year | | |
| JS198 | J42 | 10/9/2002 | A.B.I.B. Family Partners, Ltd. federal income tax return for the 2001 taxable year | | |
| JS199 | P43 | 10/14/2003 | A.B.I.B. Family Partners, Ltd. federal income tax return for the 2002 taxable year | | |
| JS200 | P44 | 10/12/2004 | A.B.I.B. Family Partners, Ltd. federal income tax return for the 2003 taxable year | | |
| JS201 | D131 | 10/12/2000 | Woodleaf Trust federal income tax return for the 1999 taxable year | | |
| JS202 | D132 | 10/12/2000 | Michael Powlen federal income tax return for the 1999 taxable year | | |
| JS203 | J62 | 10/12/2001 | Woodleaf Trust federal income tax return for the 2000 taxable year | | |
| JS204 | J63 | 9/27/2002 | Woodleaf Trust federal income tax return for the 2001 taxable year | | |
| JS205 | J64 | 10/12/2001 | Michael Powlen federal income tax return for the 2000 taxable year | | |
| JS206 | J65 | 10/11/2002 | Michael Powlen federal income tax return for the 2001 taxable year | | |
| JS207 | P53 | 10/13/2003 | Woodleaf Trust federal income tax return for the 2002 taxable year | | |
| JS208 | P54 | 9/24/2004 | Woodleaf Trust federal income tax return for the 2003 taxable year | | |
| JS209 | P55 | 10/17/2005 | Woodleaf Trust federal income tax return for the 2004 taxable year | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS210 | P56 | 10/15/2003 | Michael Powlen federal income tax return for the 2002 taxable year | | |
| JS211 | P57 | 12/29/2004 | Michael Powlen federal income tax return for the 2003 taxable year | | |
| JS212 | P58 | 10/19/2005 | Michael Powlen federal income tax return for the 2004 taxable year | | |
| JS213 | D129 | 10/12/2000 | Abraham J. Pfeiffer Revocable Trust federal income tax return for the 1999 taxable year | | |
| JS214 | D130 | 10/18/2000 | Abraham J. Pfeiffer federal income tax return for the 1999 taxable year | | |
| JS215 | J81 | 10/8/2001 | Abraham J. Pfeiffer Revocable Trust federal income tax return for the 2000 taxable year | | |
| JS216 | J82 | 9/30/2002 | Abraham J. Pfeiffer Revocable Trust federal income tax return for the 2001 taxable year | | |
| JS217 | J83 | 10/11/2001 | Abraham J. Pfeiffer federal income tax return for the 2000 taxable year | | |
| JS218 | J84 | 10/10/2002 | Abraham J. Pfeiffer federal income tax return for the 2001 taxable year | | |
| JS219 | P71 | 10/7/2003 | Abraham J. Pfeiffer Revocable Trust federal income tax return for the 2002 taxable year | | |
| JS220 | P72 | 10/11/2004 | Abraham J. Pfeiffer Revocable Trust federal income tax return for the 2003 taxable year | | |
| JS221 | P73 | 10/13/2003 | Abraham J. Pfeiffer federal income tax return for the 2002 taxable year | | |
| JS222 | P74 | 10/12/2004 | Abraham J. Pfeiffer federal income tax return for the 2003 taxable year | | |
| JS223 | D126 | 9/28/2000 | Smita Conjeevaram 1999 Revocable Trust federal income tax return for the 1999 taxable year | | |
| JS224 | D127 | 9/28/2000 | Srini Conjeevaram 1999 Revocable Trust federal income tax return for the 1999 taxable year | | |
| JS225 | D128 | 10/15/2000 | Smita Conjeevaram and Srini Conjeevaram joint federal income tax return for the 1999 taxable year | | |
| JS226 | J97 | 10/10/2001 | Smita Conjeevaram 1999 Revocable Trust federal income tax return for the 2000 taxable year | | |
| JS227 | J98 | 9/30/2002 | Smita Conjeevaram 1999 Revocable Trust federal income tax return for the 2001 taxable year | | |
| JS228 | J111 | 10/10/2001 | Srini Conjeevaram 1999 Revocable Trust federal income tax return for the 2000 taxable year | | |
| JS229 | J112 | 10/10/2002 | Srini Conjeevaram 1999 Revocable Trust federal income tax return for the 2001 taxable year | | |

# K2 Trading Ventures LLC v. United States

**Nos. 04-1419T, 05-1067T**

**Joint Stipulation Exhibit List**

| New # | Old # | Date | Description | Notes | Action |
|---|---|---|---|---|---|
| JS230 | J113 | 10/10/2001 | Smita Conjeevaram and Srini Conjeevaram joint federal income tax return for the 2000 taxable year | | |
| JS231 | J114 | 10/10/2002 | Smita Conjeevaram and Srini Conjeevaram joint federal income tax return for the 2001 taxable year | | |
| JS232 | P83 | 10/11/2003 | Smita Conjeevaram 1999 Revocable Trust federal income tax return for the 2002 taxable year | | |
| JS233 | P84 | 10/11/2004 | Smita Conjeevaram 1999 Revocable Trust federal income tax return for the 2003 taxable year | | |
| JS234 | P88 | 10/11/2003 | Srini Conjeevaram 1999 Revocable Trust federal income tax return for the 2002 taxable year | | |
| JS235 | P89 | 10/9/2004 | Srini Conjeevaram 1999 Revocable Trust federal income tax return for the 2003 taxable year | | |
| JS236 | P90 | N/A | Smita Conjeevaram and Srini Conjeevaram federal income tax returns for the 2002 taxable year | | |
| JS237 | P91 | 10/15/2004 | Smita Conjeevaram and Srini Conjeevaram joint federal income tax return for the 2003 taxable year | | |
| JS238 | J123 | 9/28/2001 | Udai K. Puramsetti federal income tax return for the 2000 taxable year | | |
| JS239 | J124 | 9/28/2001 | Udai K. Puramsetti 1999 Revocable Trust federal income tax return for the 2000 taxable year | | |
| JS240 | P95 | N/A | Udai K. Puramsetti federal income tax return for the 2001 taxable year | | |
| JS241 | P96 | N/A | Udai K. Puramsetti federal income tax return for the 2002 taxable year | | |
| JS242 | P97 | N/A | Udai K. Puramsetti federal income tax return for the 2003 taxable year | | |
| JS243 | P98 | N/A | Udai K. Puramsetti 1999 Revocable Trust federal income tax return for the 2001 taxable year | | |
| JS244 | P99 | N/A | Udai K. Puramsetti 1999 Revocable Trust federal income tax return for the 2002 taxable year | | |
| JS245 | P100 | N/A | Udai K. Puramsetti 1999 Revocable Trust federal income tax return for the 2003 taxable year | | |
| JS246A | | multiple | Daily spot price of the GBP currencies against the USD from January 1, 1999 through December 31, 2001 | | |
| JS246B | | multiple | Daily spot price of the EUR currencies against the USD from January 1, 1999 through December 31, 2001 | | |