# OFFSETTING OPTIONS TRADED MAY 31 AND JUNE 5, 2000

| Date | Buy/ Sell | FX | Notional Amount of Option in FX | Notional Amount of Option in USD | Maximum Potential Payoff | Strike | Premium | Net Premium | Initial AIG Fee (.02% * #4) | Outlay (#9+ #10) |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 |
| **Ari Bergmann Revocable Trust** | | | | | | | | | | |
| 05/31/00 | Buy | GBP | 328,262,400 | $494,034,912 | $328,262 | 1.505000 | $18,000,006 | ($153,955) | ($65,652) | ($219,607) |
| 05/31/00 | Sell | GBP | 328,262,400 | $494,363,174 | | 1.506000 | $17,846,051 | | | |
| 05/31/00 | Buy | EUR | 116,429,300 | $110,491,406 | $116,429 | 0.949000 | $6,000,010 | ($54,605) | ($23,286) | ($77,891) |
| 05/31/00 | Sell | EUR | 116,429,300 | $110,607,835 | | 0.950000 | $5,945,405 | | | |
| | **TOTAL** | | | | **$444,692** | | | **($208,560)** | **($88,938)** | **($297,499)** |
| **A.B.I.B. Family Partners Ltd. (Ari Bergmann)** | | | | | | | | | | |
| 05/31/00 | Buy | GBP | 478,715,800 | $720,467,279 | $478,716 | 1.505000 | $26,249,998 | ($224,518) | ($95,743) | ($320,261) |
| 05/31/00 | Sell | GBP | 478,715,800 | $720,945,995 | | 1.506000 | $26,025,480 | | | |
| 05/31/00 | Buy | EUR | 169,792,700 | $161,133,272 | $169,793 | 0.949000 | $8,750,010 | ($79,633) | ($33,959) | ($113,591) |
| 05/31/00 | Sell | EUR | 169,792,700 | $161,303,065 | | 0.950000 | $8,670,377 | | | |
| | **TOTAL** | | | | **$648,508** | | | **($304,150)** | **($129,702)** | **($433,852)** |
| **Ari Bergmann 1999 Family Trust** | | | | | | | | | | |
| 05/31/00 | Buy | GBP | 218,841,600 | $329,356,608 | $218,842 | 1.505000 | $12,000,004 | ($102,637) | ($43,768) | ($146,405) |
| 05/31/00 | Sell | GBP | 218,841,600 | $329,575,450 | | 1.506000 | $11,897,367 | | | |
| 05/31/00 | Buy | EUR | 77,619,600 | $73,661,000 | $77,620 | 0.949000 | $4,000,010 | ($36,404) | ($15,524) | ($51,927) |
| 05/31/00 | Sell | EUR | 77,619,600 | $73,738,620 | | 0.950000 | $3,963,606 | | | |
| | **TOTAL** | | | | **$296,461** | | | **($139,040)** | **($59,292)** | **($198,332)** |
| | | | **Total for Bergmann** | | **$1,389,661** | | | **($651,751)** | **($277,932)** | **($929,683)** |
| **Abraham J. Pfeiffer Revocable Trust** | | | | | | | | | | |
| 05/31/00 | Buy | GBP | 136,776,100 | $205,848,031 | $136,776 | 1.505000 | $7,500,008 | ($64,148) | ($27,355) | ($91,503) |
| 05/31/00 | Sell | GBP | 136,776,100 | $205,984,807 | | 1.506000 | $7,435,860 | | | |
| 05/31/00 | Buy | EUR | 48,512,300 | $46,038,173 | $48,512 | 0.949000 | $2,500,010 | ($22,752) | ($9,702) | ($32,455) |
| 05/31/00 | Sell | EUR | 48,512,300 | $46,086,685 | | 0.950000 | $2,477,258 | | | |
| | **TOTAL** | | | | **$185,288** | | | **($86,900)** | **($37,058)** | **($123,958)** |
| **Woodleaf Trust (Michael Powlen)** | | | | | | | | | | |
| 05/31/00 | Buy | GBP | 205,164,000 | $308,771,820 | $205,164 | 1.505000 | $11,250,004 | ($96,222) | ($41,033) | ($137,255) |
| 05/31/00 | Sell | GBP | 205,164,000 | $308,976,984 | | 1.506000 | $11,153,782 | | | |
| 05/31/00 | Buy | EUR | 72,768,400 | $69,057,212 | $72,768 | 0.949000 | $3,750,010 | ($34,128) | ($14,554) | ($48,682) |
| 05/31/00 | Sell | EUR | 72,768,400 | $69,129,980 | | 0.950000 | $3,715,882 | | | |
| | **TOTAL** | | | | **$277,932** | | | **($130,350)** | **($55,586)** | **($185,937)** |
| **Smita Conjeevaram 1999 Revocable Trust** | | | | | | | | | | |
| 06/05/00 | Buy | GBP | 66,900,030 | $101,152,845 | $66,900 | 1.512000 | $3,750,009 | ($31,376) | ($13,380) | ($44,756) |
| 06/05/00 | Sell | GBP | 66,900,030 | $101,219,745 | | 1.513000 | $3,718,633 | | | |
| 06/05/00 | Buy | EUR | 24,080,460 | $22,996,839 | $24,080 | 0.955000 | $1,250,006 | ($11,294) | ($4,816) | ($16,110) |
| 06/05/00 | Sell | EUR | 24,080,460 | $23,020,920 | | 0.956000 | $1,238,712 | | | |
| | **TOTAL** | | | | **$90,980** | | | **($42,670)** | **($18,196)** | **($60,866)** |
| **Srini Conjeevaram 1999 Revocable Trust** | | | | | | | | | | |
| 06/05/00 | Buy | GBP | 66,900,030 | $101,152,845 | $66,900 | 1.512000 | $3,750,009 | ($31,376) | ($13,380) | ($44,756) |
| 06/05/00 | Sell | GBP | 66,900,030 | $101,219,745 | | 1.513000 | $3,718,633 | | | |
| 06/05/00 | Buy | EUR | 24,080,460 | $22,996,839 | $24,080 | 0.955000 | $1,250,006 | ($11,294) | ($4,816) | ($16,110) |
| 06/05/00 | Sell | EUR | 24,080,460 | $23,020,920 | | 0.956000 | $1,238,712 | | | |
| | **TOTAL** | | | | **$90,980** | | | **($42,670)** | **($18,196)** | **($60,866)** |
| **Udai K. Puramsetti 1999 Revocable Trust** | | | | | | | | | | |
| 06/05/00 | Buy | GBP | 44,600,020 | $67,435,230 | $44,600 | 1.512000 | $2,500,006 | ($20,917) | ($8,920) | ($29,837) |
| 06/05/00 | Sell | GBP | 44,600,020 | $67,479,830 | | 1.513000 | $2,479,089 | | | |
| 06/05/00 | Buy | EUR | 48,160,920 | $45,993,679 | $48,161 | 0.955000 | $2,500,012 | ($22,588) | ($9,632) | ($32,220) |
| 06/05/00 | Sell | EUR | 48,160,920 | $46,041,840 | | 0.956000 | $2,477,424 | | | |
| | **TOTAL** | | | | **$92,761** | | | **($43,505)** | **($18,552)** | **($62,058)** |
| **GRAND TOTAL** | | | | | **$2,127,604** | | | **($997,846)** | **($425,521)** | **($1,423,367)** |

**OFFSETTING OPTIONS CONTRIUBTED TO K2 TRADING**

| Date | Buy/ Sell | FX | Notional Amount of Option in FX | Notional Amount of Option in USD | Maximum Potential Payoff | Strike | Premium | Net Premium | Initial AIG Fee (.02% * #4) | Outlay (#9+ #10) |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 |
| **Ari Bergmann Revocable Trust** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 328,262,400 | $502,274,298 | $328,262 | 1.530100 | $18,000,269 | ($156,722) | ($65,652) | ($222,375) |
| 06/07/00 | Sell | GBP | 328,262,400 | $502,602,561 | | 1.531100 | $17,843,546 | | | |
| 06/07/00 | Buy | EUR | 116,429,300 | $112,703,562 | $116,429 | 0.968000 | $6,000,079 | ($54,540) | ($23,286) | ($77,826) |
| 06/07/00 | Sell | EUR | 116,429,300 | $112,819,992 | | 0.969000 | $5,945,539 | | | |
| | | | Total | | **$444,692** | | | **($211,263)** | **($88,938)** | **($300,201)** |
| **A.B.I.B. Family Partners Ltd. (Ari Bergmann)** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 478,715,800 | $732,483,046 | $478,716 | 1.530100 | $26,250,381 | ($228,553) | ($95,743) | ($324,296) |
| 06/07/00 | Sell | GBP | 478,715,800 | $732,961,761 | | 1.531100 | $26,021,828 | | | |
| 06/07/00 | Buy | EUR | 169,792,700 | $164,359,334 | $169,793 | 0.968000 | $8,750,114 | ($79,538) | ($33,959) | ($113,497) |
| 06/07/00 | Sell | EUR | 169,792,700 | $164,529,126 | | 0.969000 | $8,670,576 | | | |
| | | | Total | | **$648,508** | | | **($308,091)** | **($129,702)** | **($437,793)** |
| **Ari Bergmann 1999 Family Trust** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 218,841,600 | $334,849,532 | $218,842 | 1.530100 | $12,000,179 | ($104,482) | ($43,768) | ($148,250) |
| 06/07/00 | Sell | GBP | 218,841,600 | $335,068,374 | | 1.531100 | $11,895,698 | | | |
| 06/07/00 | Buy | EUR | 77,619,600 | $75,135,773 | $77,620 | 0.968000 | $4,000,056 | ($36,360) | ($15,524) | ($51,884) |
| 06/07/00 | Sell | EUR | 77,619,600 | $75,213,392 | | 0.969000 | $3,963,696 | | | |
| | | | Total | | **$296,461** | | | **($140,842)** | **($59,292)** | **($200,134)** |
| | | | **Total for Bergmann** | | **$1,389,661** | | | **($660,196)** | **($277,932)** | **($938,128)** |
| **Abraham J. Pfeiffer Revocable Trust** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 136,776,100 | $209,281,111 | $136,776 | 1.530100 | $7,500,117 | ($65,301) | ($27,355) | ($92,656) |
| 06/07/00 | Sell | GBP | 136,776,100 | $209,417,887 | | 1.531100 | $7,434,816 | | | |
| 06/07/00 | Buy | EUR | 48,512,300 | $46,959,906 | $48,512 | 0.968000 | $2,500,038 | ($22,725) | ($9,702) | ($32,428) |
| 06/07/00 | Sell | EUR | 48,512,300 | $47,008,419 | | 0.969000 | $2,477,312 | | | |
| | | | | | **$185,288** | | | **($88,026)** | **($37,058)** | **($125,084)** |
| **Woodleaf Trust (Michael Powlen)** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 205,164,000 | $313,921,436 | $205,164 | 1.530100 | $11,250,168 | ($97,951) | ($41,033) | ($138,984) |
| 06/07/00 | Sell | GBP | 205,164,000 | $314,126,600 | | 1.531100 | $11,152,217 | | | |
| 06/07/00 | Buy | EUR | 72,768,400 | $70,439,811 | $72,768 | 0.968000 | $3,750,054 | ($34,088) | ($14,554) | ($48,641) |
| 06/07/00 | Sell | EUR | 72,768,400 | $70,512,580 | | 0.969000 | $3,715,966 | | | |
| | | | Total | | **$277,932** | | | **($132,039)** | **($55,586)** | **($187,626)** |
| **Smita Conjeevaram 1999 Revocable Trust** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 66,900,030 | $101,688,046 | $66,900 | 1.520000 | $3,750,081 | ($32,533) | ($13,380) | ($45,913) |
| 06/07/00 | Sell | GBP | 66,900,030 | $101,754,946 | | 1.521000 | $3,717,548 | | | |
| 06/07/00 | Buy | EUR | 24,080,460 | $23,485,673 | $24,080 | 0.975300 | $1,250,113 | ($11,330) | ($4,816) | ($16,146) |
| 06/07/00 | Sell | EUR | 24,080,460 | $23,509,753 | | 0.976300 | $1,238,783 | | | |
| | | | Total | | **$90,980** | | | **($43,863)** | **($18,196)** | **($62,059)** |
| **Srini Conjeevaram 1999 Revocable Trust** | | | | | | | | | | |
| 06/07/00 | Buy | GBP | 66,900,030 | $101,688,046 | $66,900 | 1.520000 | $3,750,081 | ($32,533) | ($13,380) | ($45,913) |
| 06/07/00 | Sell | GBP | 66,900,030 | $101,754,946 | | 1.521000 | $3,717,548 | | | |
| 06/07/00 | Buy | EUR | 24,080,460 | $23,485,673 | $24,080 | 0.975300 | $1,250,113 | ($11,330) | ($4,816) | ($16,146) |
| 06/07/00 | Sell | EUR | 24,080,460 | $23,509,753 | | 0.976300 | $1,238,783 | | | |
| | | | Total | | **$90,980** | | | **($43,863)** | **($18,196)** | **($62,059)** |
| **Udai K. Puramsetti 1999 Revocable Trust (NOT RESTRUCK)** | | | | | | | | | | |
| 06/05/00 | Buy | GBP | 44,600,020 | $67,435,230 | $44,600 | 1.512000 | $2,500,006 | ($20,917) | ($8,920) | ($29,837) |
| 06/05/00 | Sell | GBP | 44,600,020 | $67,479,830 | | 1.513000 | $2,479,089 | | | |
| 06/05/00 | Buy | EUR | 48,160,920 | $45,993,679 | $48,161 | 0.955000 | $2,500,012 | ($22,588) | ($9,632) | ($32,220) |
| 06/05/00 | Sell | EUR | 48,160,920 | $46,041,840 | | 0.956000 | $2,477,424 | | | |
| | | | Total | | **$92,761** | | | **($43,505)** | **($18,552)** | **($62,058)** |
| | | | **GRAND TOTAL** | | **$2,127,604** | | | **($1,011,494)** | **($425,521)** | **($1,437,014)** |

# EXPECTED RETURN ON OFFSETTING OPTIONS CONTRIBUTED TO K2 TRADING

| Date | Buy/ Sell | FX | Maximum Potential Payoff | Premium | Net Premium | Initial AIG Fee | Outlay (#6+ #7) | Net Payout on Restrike | Max. Potential Profit (#4 + #8 + #9) | Expected Return | Claimed Basis (#5) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 |
| **Ari Bergmann Revocable Trust** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $328,262 | $18,000,269 | ($156,722) | ($65,652) | ($222,375) | $21,826 | $127,714 | ($54,276) | $18,000,269 |
| 06/07/00 | Sell | GBP | | $17,843,546 | | | | | | | |
| 06/07/00 | Buy | EUR | $116,429 | $6,000,079 | ($54,540) | ($23,286) | ($77,826) | $5,667 | $44,270 | ($19,327) | $6,000,079 |
| 06/07/00 | Sell | EUR | | $5,945,539 | | | | | | | |
| | | | **$444,692** | | **($211,263)** | **($88,938)** | **($300,201)** | **$27,493** | **$171,984** | **($73,603)** | **$24,000,348** |
| **A.B.I.B. Family Partners Ltd. (Ari Bergmann)** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $478,716 | $26,250,381 | ($228,553) | ($95,743) | ($324,296) | $31,830 | $186,249 | ($79,153) | $26,250,381 |
| 06/07/00 | Sell | GBP | | $26,021,828 | | | | | | | |
| 06/07/00 | Buy | EUR | $169,793 | $8,750,114 | ($79,538) | ($33,959) | ($113,497) | $8,264 | $64,560 | ($28,186) | $8,750,114 |
| 06/07/00 | Sell | EUR | | $8,670,576 | | | | | | | |
| | | | **$648,508** | | **($308,091)** | **($129,702)** | **($437,793)** | **$40,094** | **$250,809** | **($107,339)** | **$35,000,495** |
| **Ari Bergmann 1999 Family Trust** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $218,842 | $12,000,179 | ($104,482) | ($43,768) | ($148,250) | $14,551 | $85,143 | ($36,184) | $12,000,179 |
| 06/07/00 | Sell | GBP | | $11,895,698 | | | | | | | |
| 06/07/00 | Buy | EUR | $77,620 | $4,000,056 | ($36,360) | ($15,524) | ($51,884) | $3,778 | $29,513 | ($12,885) | $4,000,056 |
| 06/07/00 | Sell | EUR | | $3,963,696 | | | | | | | |
| | | | **$296,461** | | **($140,842)** | **($59,292)** | **($200,134)** | **$18,329** | **$114,656** | **($49,069)** | **$16,000,235** |
| | | | **$1,389,661** | | **($660,196)** | **($277,932)** | **($938,128)** | **$85,916** | **$537,449** | **($230,011)** | **$75,001,078** |
| **Abraham J. Pfeiffer Revocable Trust** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $136,776 | $7,500,117 | ($65,301) | ($27,355) | ($92,656) | $9,094 | $53,214 | ($22,615) | $7,500,117 |
| 06/07/00 | Sell | GBP | | $7,434,816 | | | | | | | |
| 06/07/00 | Buy | EUR | $48,512 | $2,500,038 | ($22,725) | ($9,702) | ($32,428) | $2,361 | $18,446 | ($8,052) | $2,500,038 |
| 06/07/00 | Sell | EUR | | $2,477,312 | | | | | | | |
| | | | **$185,288** | | **($88,026)** | **($37,058)** | **($125,084)** | **$11,456** | **$71,660** | **($30,667)** | **$10,000,155** |
| **Woodleaf Trust (Michael Powlen)** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $205,164 | $11,250,168 | ($97,951) | ($41,033) | ($138,984) | $13,641 | $79,821 | ($33,923) | $11,250,168 |
| 06/07/00 | Sell | GBP | | $11,152,217 | | | | | | | |
| 06/07/00 | Buy | EUR | $72,768 | $3,750,054 | ($34,088) | ($14,554) | ($48,641) | $3,542 | $27,669 | ($12,080) | $3,750,054 |
| 06/07/00 | Sell | EUR | | $3,715,966 | | | | | | | |
| | | | **$277,932** | | **($132,039)** | **($55,586)** | **($187,626)** | **$17,183** | **$107,490** | **($46,003)** | **$15,000,222** |
| **Smita Conjeevaram 1999 Revocable Trust** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $66,900 | $3,750,081 | ($32,533) | ($13,380) | ($45,913) | $2,495 | $23,482 | ($11,018) | $3,750,081 |
| 06/07/00 | Sell | GBP | | $3,717,548 | | | | | | | |
| 06/07/00 | Buy | EUR | $24,080 | $1,250,113 | ($11,330) | ($4,816) | ($16,146) | $1,240 | $9,175 | ($3,994) | $1,250,113 |
| 06/07/00 | Sell | EUR | | $1,238,783 | | | | | | | |
| | | | **$90,980** | | **($43,863)** | **($18,196)** | **($62,059)** | **$3,736** | **$32,657** | **($15,012)** | **$5,000,194** |
| **Srini Conjeevaram 1999 Revocable Trust** | | | | | | | | | | | |
| 06/07/00 | Buy | GBP | $66,900 | $3,750,081 | ($32,533) | ($13,380) | ($45,913) | $2,495 | $23,482 | ($11,018) | $3,750,081 |
| 06/07/00 | Sell | GBP | | $3,717,548 | | | | | | | |
| 06/07/00 | Buy | EUR | $24,080 | $1,250,113 | ($11,330) | ($4,816) | ($16,146) | $1,240 | $9,175 | ($3,994) | $1,250,113 |
| 06/07/00 | Sell | EUR | | $1,238,783 | | | | | | | |
| | | | **$90,980** | | **($43,863)** | **($18,196)** | **($62,059)** | **$3,736** | **$32,657** | **($15,012)** | **$5,000,194** |
| **Udai K. Puramsetti 1999 Revocable Trust** | | | | | | | | | | | |
| 06/05/00 | Buy | GBP | $44,600 | $2,500,006 | ($20,917) | ($8,920) | ($29,837) | n/a | $14,763 | ($7,399) | $2,500,006 |
| 06/05/00 | Sell | GBP | | $2,479,089 | | | | | | | |
| 06/05/00 | Buy | EUR | $48,161 | $2,500,012 | ($22,588) | ($9,632) | ($32,220) | n/a | $15,941 | ($7,990) | $2,500,012 |
| 06/05/00 | Sell | EUR | | $2,477,424 | | | | | | | |
| | | | **$92,761** | | **($43,505)** | **($18,552)** | **($62,058)** | | **$30,703** | **($15,389)** | **$5,000,018** |
| | | | **$2,127,604** | | **($1,011,494)** | **($425,521)** | **($1,437,014)** | **$122,026** | **$812,615** | **($352,094)** | **$115,001,862** |