IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No's 04-1419 T, 05-1067 T

(Judge Mary Ellen Coster Williams)

K2 TRADING VENTURES, LLC,
NEW VISTA, LLC, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**WITNESS LIST FOR THE UNITED STATES**

Pursuant to paragraph 15(a) of RCFC Appendix A, and the Court's order dated May 29, 2008, defendant, the United States, states that it anticipates calling the following expert witnesses at the trial scheduled to begin on September 17, 2008:

1. **Dr. David DeRosa**
DeRosa Research and Trading, Inc.
495 White Oak Shade Road
New Canaan, CT 06840

Dr. DeRosa is an expert in economics and finance, foreign exchange, options on foreign exchange, derivative trading, derivative risk measurement and management, options, and foreign exchange trading. The United States anticipates that he will testify regarding the opinions expressed in his report, including the nature and potential profitability of the spread positions that were assigned to K2 Trading; the fees paid to AIG; the effect of "restriking" the spread positions;

and the economic rationality of purchasing the spread positions outside of K2 Trading and later contributing them to K2 Trading. In addition, Dr. DeRosa will respond to testimony and other evidence at trial, to the extent it falls within his areas of expertise. (Anticipated time for direct examination: 2-3 hours).

B. **Dr. A. Lawrence Kolbe**
The Brattle Group
44 Brattle Street
Cambridge, MA 02138

Dr. Kolbe is an expert in financial economics, risk return, valuation, including investment and leverage, and capital market principles. The United States anticipates that he will testify regarding the opinions expressed in his report, including the intrinsic economics of the spread positions assigned to K2 Trading; the expected rate of return on the spread positions; and the economic rationality of the contribution of the spread positions to K2 Trading. In addition, Dr. Kolbe will respond to testimony and other evidence at trial, to the extent it falls within his areas of expertise. (Anticipated time for direct examination: 2-3 hours).

Respectfully submitted,

*s/ Stuart J. Bassin*

STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6418
FAX: (202) 514-9440
Stuart.J.Bassin@usdoj.gov

JOHN A. DICICCO
Acting Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section
JENNIFER P. WILSON
Trial Attorney

*s/ Steven I. Frahm*
Of Counsel

September 11, 2008