IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K2 TRADING VENTURES LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 04-1419T, 05-1067T<br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S WITNESS LIST**

PURSUANT to paragraph 15(a) of RCFC Appendix A, and this Court's Order dated May 29, 2008, plaintiff submits its intention to call the following expert witness at trial as part of its case-in-chief and for rebuttal purposes with respect to the trial scheduled for September 17-19, 2008:

**Dr. Nassim N. Taleb**
27 Villa Road
Larchmont, NY 10538

Dr. Taleb is an expert in the area of foreign currency options trading and risk management and is expected to testify about, among other things, the trading of foreign currency options in a spread strategy, the profit potential for the foreign currency options trades at issue in this case, the purpose and mechanics of "restriking" options, the significance of transaction costs such as bid-ask spread on foreign currency options trades, the terms of the master trading agreements and trade confirmations with AIG, the diversification and other benefits of contributing and assigning options to a partnership such as K2 Trading Ventures, LLC, and any other issues raised by the evidence or

testimony presented at trial. (Anticipated time for direct examination: 2.5-3.5 hours).

Respectfully submitted,

s/ Mark D. Allison
MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212/259-6866
Facsimile: 212/259-6868

FELIX B. LAUGHLIN
JOHN F. COLLINS

COUNSEL FOR PLAINTIFF